UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES P. LAPLANTE :
:
vs. : C.A. No.
:
OneBEACON INSURANCE GROUP : CA 05 496 ML

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO: Keven A. McKenna, Esq.
Keven A. McKenna, P.C.
23 Acorn Street
Providence, RI 02903

Please take notice that the defendant, OneBeacon Insurance Group has this day filed in the United States District Court for the District of Rhode Island a Notice of Removal of the above-entitled action from the Kent County Superior Court of the State of Rhode Island, to the United States District Court pursuant to 28 U.S.C. §1441 and 1446.

Dated this 30th day of November, 2005.

OneBEACON INSURANCE GROUP
By its Attorneys,
CARROLL KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404