UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES P. LAPLANTE :
:
vs. : C.A. No.: 05-496 ML
:
OneBEACON INSURANCE GROUP :

AFFIDAVIT OF FILING NOTICE OF REMOVAL
WITH THE CLERK OF THE KENT COUNTY SUPERIOR COURT

TO: THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

I, C. Russell Bengtson, attorney for the defendant, OneBeacon Insurance Group, herein on oath depose and say that I have caused copies of the defendant's Notice of Removal of the above captioned action to be filed with the Clerk of the Kent County Superior Court in accordance with the provisions of Title 28 U.S.C. §1446(e) by hand delivering copies of said Notice to the Clerk on November 30th, 2005.

I further depose and say that I have given written notice of the filing of said Notice to all parties by mailing copies thereof by United States mail together with notice of said filing to Keven A. McKenna, Esq., Kevin A. McKenna, PC, 23 Acorn Street, Providence, RI 02903 on November 30th, 2005.

SIGNED UNDER PAINS AND PENALTIES OF PERJURY.
Dated this 30th day of November, 2005.

OneBEACON INSURANCE GROUP
By its Attorneys,
CARROLL KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404 (fx)

CERTIFICATION

I, C. RUSSELL BENGTSON, attorney for defendant, hereby certify that I have this day served the foregoing AFFIDAVIT OF FILING NOTICE OF REMOVAL WITH THE CLERK OF THE PROVIDENCE COUNTY SUPERIOR COURT by mailing a copy postage pre-paid or by hand delivery to Keven A. McKenna, Esq., Keven A. McKenna, P.C., 23 Acorn Street, Providence, RI 02903 on this __ day of November, 2005

Dated this 30th day of November, 2005.

C. Russell Bengtson
_______________________________

STATE OF RHODE ISLAND
KENT SC.

Personally appeared the above-named C. RUSSELL BENGTSON, who made oath that the foregoing statements by him subscribed are true.

Mary Ann Perricelli
_______________________________
NOTARY PUBLIC
My Commission Expires: 6-20-09