STATE OF RHODE ISLAND
KENT, SC.

SUPERIOR COURT

JAMES P. LAPLANTE :
:
VS. : C.A. NO. KC05-1019
:
ONEBEACON INSURANCE GROUP :

FILED
05 NOV 30 PM 1:32

ENTRY OF APPEARANCE

I, C. Russell Bengtson, hereby enter my appearance on behalf of defendant, OneBeacon Insurance Group.

CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272

CERTIFICATION

I hereby certify that a true copy of the within was mailed to Kevin A. McKenna, Esquire, 23 Acorn Street, Providence, RI 02903 on the 30th day of November, 2005.

True Copy Attest
Jane M. Anthony ,Clerk
Offices of Clerk of Superior Court
County of Kent
Rhode Island