UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES P. LAPLANTE :
:
vs. : C.A. No.: 05-496 ML
:
OneBEACON INSURANCE GROUP :

DEFENDANT'S TRANSMITTAL OF THE
CERTIFIED COPY OF THE STATE COURT RECORD

Pursuant to Local Rule 36, attached hereto is the certified copy of the entire state court record relative to the removed action known as James P. Laplante v. OneBeacon Insurance Group, C.A. No. K.C. 05-1019. The record is comprised of:

1. Docket Event Listing
2. Civil Action Cover Sheet
3. Complaint
4. Plaintiff's Motion for Summary Judgment, Omnibus Form
5. Plaintiff's Memorandum in Support of his Motion for Summary Judgment
6. Plaintiff's Motion to Disburse Undisputed Amount and Omnibus Form
7. Summons
8. Notice to Clerk of Filing of Notice of Removal
9. Entry of Appearance

OneBEACON INSURANCE GROUP
By its Attorneys,
CARROLL KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404 (fx)

CERTIFICATION

I hereby certify that I mailed a true copy of the within to Keven A. McKenna, Esq., Keven A. McKenna, P.C., 23 Acorn Street, Providence, RI 02903 on this 30th day of November, 2005