STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2005-1019 JAMES P LAPLANTE V ONE BEACON INSURANCE

Filing Date: 11-14-2005
Case Status: CLOSED AT FILING

Case Type: DECLARATORY JUDGMENT
Status Date: 11-30-2005

Plaintiff: JAMES LAPLANTE
ID: @10698243

Attorney: KEVEN MCKENNA

Defendant: ONE BEACON INSURANCE GROUP
ID: @10262266

Attorney: C BENGTSON

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 12-09-2005 | FORMAL MATTER | KCRT3 | THOMPSON |
| 01-06-2006 | MOTION FOR SUMMARY JUDGMENT | KCRT3 | THOMPSON |

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 11-18-2005 | FORMAL MATTER<br>PASSED | KCRT3 | THOMPSON |
| 11-18-2005 | MOTION FOR SUMMARY JUDGMENT<br>PASSED | KCRT3 | THOMPSON |

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 11-14-2005 | COMPLAINT FILED | |
| 11-14-2005 | INITIAL FILING FEE | |
| 11-14-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCK50663. |
| 11-18-2005 | PASSED | |
| 11-18-2005 | PASSED | |
| 11-21-2005 | SUMMONS,PROOF OF SERVICE FILED | ONE BEACON RISK MANAGEMENT INC |
| 11-30-2005 | NOTICE OF REMOVAL | |
| 11-30-2005 | ENTRY OF APPEARANCE | |
| 11-30-2005 | OTH DOCUMENT FILED AT FILING | |

True Copy Attest

Jane M. [signature], Clerk

Office of Clerk of Superior Court
County of Kent
Rhode Island