**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **James P. Laplante** | : | |
| **Plaintiff** | | |
| **Vs.** | : | **C.A. No. 05-496 ML** |
| **OneBeacon Insurance Group** | : | |
| **Defendant** | : | |
| | : | |

**Plaintiff's Motion to Assign for Hearing in this Honorable Court of the Two (2) Motions and Memoranda previously filed in State Court (i) for a Partial Payment of the Undisputed Amount Due and (ii) For Partial Summary Judgment on the Issue of Stacking.**

Now comes the Plaintiff, in the above entitled removed action from the R.I. State Courts, and moves, should this Honorable U.S. District Court decide it has jurisdiction over this dispute and not abstain, that this Honorable Court schedule forthwith, for hearings in this Court, on the basis of the motions and memoranda filed in State Court, the Plaintiff's motion for distribution of the Undisputed Amount, and Plaintiff's Partial Summary Judgment Motion on the issue of stacking premiums paid for additional coverage under Rhode Island Law, , R.I.G.L.§ **27-7-1 (i).**

Plaintiff is in need of continued medical treatment, is without funds, and this dispute is delaying his financial ability to receive needed medical treatment.

Plaintiff incorporates by reference his verified complaint, and his memorandum of law in support of summary judgment filed in the Kent County Superior Court, which court records have been filed in this Court by the Defendant seeking removal.

**James Laplante**
**Plaintiff**
By His Attorneys

[signature]

Keven A. McKenna, #662
Keven A. McKenna, P.C.
23 Acorn Street
Providence, R.I. 02903
401 273-8200 Tel.
401 521-5820
KevenM@McKennalaw.cc Net

**CERTIFICATION**

I, the undersigned, hereby certify that on the 29th day of December, 2005, I mailed a copy of the within Motion and memorandum postage prepaid, to Attorney of OneBeacon Insurance, C. Russell Bengsten, Carroll, Kelly & Murphy, Counselors at Law, One Turks Head Place, Suite 400, Providence, R.I. 02903.

Keven A McKenna