**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **James P. Laplante** | : | |
| **Plaintiff** | | |
| **Vs.** | : | **C.A. No. 05-496 ML** |
| **OneBeacon Insurance Group** | : | |
| **Defendant** | : | |
| | : | |

**Plaintiff's Motion to Remand To State Court on (i) the Basis of the Lack of Complete Diversity (ii) on the Basis of Abstention and of Comity, and, (iii) on This Court's Declination to Advise on State Law Questions.**

Now comes the Plaintiff, in the above entitled removed action from the R.I. State Courts, and moves, in an abundance of caution, that this Honorable Court remand this matter involving a pure state law question regarding a Plaintiff who now resides in the State of Vermont and a Defendant, who does business in nearly all fifty (50) states, including Vermont, to the R.I. Superior Court of Kent County, (i) on the basis of the present lack of complete diversity and (ii) on the basis of abstention, and (iii) or otherwise, decline to provide its advice on a question, that that R.I. Superior Court is better suited to determine.

The R.I. Courts should decide the State insurance regulatory issues which involve the applicability of state premium stacking provisions, R.I.G.L.§ **27-7-1 (i),** to an automobile insurance policy which was originally issued in the State of Vermont, as signed by Dennis R. Smith, Secretary, and Michael J. McSally, President, under the policy name of OneBeacon Insurance, to be effective from August 29, 2002 through August 29, 2003, when such policy provided, intra alia, extra territorial coverage, and uninsured motorist coverage, for an accident which occurred in Rhode Island on February 23, 2003, where James Laplante was then temporarily domiciled, was then severely

injured by an uninsured hit and run driver, and then hospitalized in Rhode Island for three weeks.

Plaintiff incorporates by reference his verified complaint, and his previous motions and his memorandum of law in support of summary judgment filed in the Kent County Superior Court, which court records have been filed in this Court by the Defendant seeking removal.

James Laplante
Plaintiff
By His Attorneys

Keven A. McKenna, #662
Keven A. McKenna, P.C.
23 Acorn Street
Providence, R.I. 02903
401 273-8200 Tel.
401 521-5820
KevenM@McKennalaw.cc Net

**CERTIFICATION**

I, the undersigned, hereby certify that on the 27th day of December, 2005, I mailed a copy of the within Motion and Memorandum, postage prepaid, to Attorney of OneBeacon Insurance, C. Russell Bengsten, Carroll, Kelly & Murphy, Counselors at Law, One Turks Head Place, Suite 400, Providence, R.I. 02903.