UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES P. LAPLANTE :
:
vs. : C.A. No. 05-496 ML
:
OneBEACON INSURANCE GROUP :

DEFENDANT'S OBJECTION TO PLAINTIFF'S
MOTION TO ASSIGN FOR HEARING TWO MOTIONS PREVIOUSLY
FILED BY THE PLAINTIFF IN THE KENT COUNTY SUPERIOR COURT

Defendant, OneBeacon Insurance Group hereby objects to the plaintiff's Motion to Assign for Hearing two motions that the plaintiff previously filed in the Kent County Superior Court. As grounds therefore, the defendant asserts that the Motion to Assign is premature, it seeks a hearing on Motions that the plaintiff has not filed in this Court or in proper form for consideration by this Court, and the defendant has not been given the opportunity to respond to the motions.

WHEREFORE, the defendant respectfully requests that the plaintiff's Motion be denied.

OneBEACON INSURANCE GROUP
By its Attorneys,
CARROLL KELLY & MURPHY

C. RUSSELL BENGTSON #1233
PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404

CERTIFICATION

I hereby certify that I mailed a true copy of the within to Kevin McKenna, Esq., 23 Acorn Street, Providence, RI, 02903 on this 17th day of January, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES P. LAPLANTE | : | |
| vs. | : | C.A. No. 05-496 ML |
| OneBEACON INSURANCE GROUP | : | |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO PLAINTIFF'S MOTION TO ASSIGN FOR HEARING TWO MOTIONS PREVIOUSLY FILED BY THE PLAINTIFF IN THE KENT COUNTY SUPERIOR COURT**

Defendant, OneBeacon Insurance Group has objected to the plaintiff's Motion to Assign for Hearing two motions that the plaintiff previously filed in the Kent County Superior Court. As grounds therefore, the defendant asserts that the Motion to Assign is premature, it seeks a hearing on Motions that the plaintiff has not filed in this Court or in proper form for consideration by this Court, and the defendant has not been given the opportunity to respond to the motions.

OneBEACON INSURANCE GROUP
By its Attorneys,
CARROLL KELLY & MURPHY

C. Russell Bengtson pab

C. RUSSELL BENGTSON #1233
PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to Kevin McKenna, Esq., 23 Acorn Street, Providence, RI, 02903 on this 17th day of January, 2006.

PBuckley