STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# STIPULATION

☐ SUPREME COURT ☑ SUPERIOR COURT ☐ FAMILY COURT ☐ DISTRICT COURT

Kent COUNTY/DIVISION

| 1. | 2. CASE NO. |
|---|---|
| Michael R. Egan vs. Joseph LA Plante ~~James LaPlante~~ One Beacon Insurance Group | K.C. 04-684 |

In the above-entitled cause it is agreed that the following entry be made:

Counsel for Defendants Joseph LAPlante and James LaPlante agree That The Plaintiff Michael R. Egan is entitled to $60,000 From The proceeds of the settlement Amount paid by One Beacon Insurance on the claim of James LA Plante only, and all other claims to be dismissed. Judgment shall enter for plaintiff for 60,000 sixty thousand against defendant James LaPlante. Defendant Joseph LaPlante is Dismissed [illegible] this matter. Claim against ONE BEACON is dismissed with Prejudice no costs.

Michael R EGAN Plaintiff's Attorney (Print Name) | [illegible] Registration No. | [signature] Signature

[illegible] Defendant's Attorney (Print Name) | #662 Registration No. | [signature] Signature

D. Russell Pelton #1283 for One Beacon Insurance Group

Date

O. Rogeriee Thompson

Judge 7-13-05

J-7 (Rev. 9/89)

[signature] Deputy Cl[erk]

EXHIBIT 3

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# STIPULATION

☐ SUPREME COURT ☒ SUPERIOR COURT ☐ FAMILY COURT ☐ DISTRICT COURT

Kent COUNTY/DIVISION

| 1. | 2. CASE NO. |
|---|---|
| Michael Egan, Esq. VS. James LaPlante | KC04-689 |

In the above-entitled cause it is agreed that the following entry be made:

$60,000 is to be deposited in the registry of the court today 11/18/05 by Attorney Kevin McKenna on behalf of James LaPlante. Said proceeds may be paid to the plaintiff, Michael Egan.

Christopher P. Healey 3312 [signature]
Plaintiff's Attorney (Print Name) Registration No. Signature

Kevin A McKenna 643 Kevin A. McKenna
Defendant's Attorney (Print Name) Registration No. Signature

Date

[signature] Thompson 11-18-05 Krystal St Jacques Deputy Clerk
Judge

J-7 (Rev. 9/89)