STATE OF RHODE ISLAND
KENT, SC.

SUPERIOR COURT

MICHAEL R. EGAN, ESQUIRE :
:
VS : C.A. NO. KC04-689
:
JAMES LAPLANTE, alias and :
JOSEPH LAPLANTE, alias and :
ONEBEACON INSURANCE :
GROUP, dba ONE BEACON :
INSURANCE CO., Alias :

**COUNT I**

1. Plaintiff Michael R. Egan is an attorney licensed to practice law in the State of Rhode Island.

2. Defendant, James LaPlante is a resident of the Town of Quechee, State of Vermont.

3. Defendant, Joseph LaPlante is a resident of the Town of North Smithfield, State of Rhode Island.

4. Defendant OneBeacon Insurance Group is a Delaware corporation doing business as One Beacon Insurance Co. and doing business in the State of Rhode Island.

5. Prior to February 23, 2003, Defendant James LaPlante entered into an insurance contract with Defendant One Beacon Insurance Company.

6. Pursuant to the terms of that contract, Defendant One Beacon Insurance Company agreed to provide bodily injury coverage through the uninsured portion of the policy to Defendant James LaPlante and subsequently Defendant Joseph LaPlante.

7. On February 23, 2003 Defendants James LaPlante and to a much lesser extent

EXHIBIT
1

Joseph LaPlante were injured as a proximate result of the negligence of an unidentified motor vehicle, the result of which activated the uninsured coverage provision of the policy with One Beacon Insurance Company.

8. Defendant One Beacon Insurance Company was liable to the Defendants James LaPlante and Joseph LaPlante pursuant to the contract of insurance for this collision.

9. Defendant James Laplante retained Plaintiff Michael R. Egan, Esquire to represent his interests with respect to the above said accident. During the course of this representation, Plaintiff spent significant effort, time and expended sums of money on behalf of Defendant James LaPlante.

10. Plaintiff Michael R. Egan, Esquire faithfully and according to the terms of the retainer agreement, duly represented the interests of James LaPlante with respect to his claim of recover against Defendant One Beacon Insurance Co.

11. As a direct and proximate result of Plaintiff's representation, said Defendant One Beacon Insurance Company tendered an offer of the policy limits of $300,000.00 to be equitably divided between Defendants James LaPlante and Joseph LaPlante. (See Plaintiff's Exhibit #1 attached hereto and made a part hereof)

12. Upon learning of the offer of the policy limits, the Defendant James LaPlante terminated the services of the Plaintiff Michael R. Egan, Esquire.

13. Pursuant to the terms of the retainer agreement, Plaintiff Michael R. Egan, Esquire is due and owed just and fair compensation with respect to his representing the interests of Defendant James LaPlante in acquiring an offer of the policy limits. (See Plaintiff's Exhibit #2 attached hereto and made a part hereof)

14. The conduct of the Defendant is such that equitable remedy is appropriate and necessary to do justice to the parties.

15. The amount of the recovery is such to establish the jurisdiction of the Superior Court.

WHEREFORE Plaintiff prays this Honorable Court to award Plaintiff a sum sufficient to convey jurisdiction of this Court along with all fees and costs.

**COUNT II**

16. Plaintiff Michael R. Egan, Esquire hereby realleges each and every allegation contained in paragraphs 1 through 15 of Count I as if fully set forth herein.

17. Each of the Defendants is such that equitable remedy is appropriate and necessary to do justice to the parties.

WHEREFORE, Plaintiff prays for an order equitably assigning the rights thereto and ordering the distribution of the $300,000.00 offer of settlement by and between Defendant James LaPlante and Defendant Joseph LaPlante and for an award of attorney's fees and costs pursuant to the retainer contract with respect to the said amount ordered distributed to the Defendant James LaPlante.

Plaintiff
Michael R. Egan, Pro se

Michael R. Egan, Esquire #4111
1865 Post Road, Suite 206
Warwick, RI 02886
(401) 738-8059

Plaintiff hereby demands his right to trial by jury.

Dated: August 2, 2004