STATE OF RHODE ISLAND
KENT, SC.

SUPERIOR COURT

MICHAEL R. EGAN, ESQUIRE :
:
VS. : C.A. NO. KC04-689
:
JAMES LAPLANTE, alias and :
JOSEPH LAPLANTE, alias and :
ONEBEACON INSURANCE :
GROUP dba ONE BEACON :
INSURANCE CO., Alias :

ANSWER OF DEFENDANT, ONEBEACON INSURANCE GROUP dba ONE BEACON INSURANCE CO.

FIRST DEFENSE

AS TO COUNT I

1. This defendant admits the allegations contained in paragraph 1.

2. This defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 2 and 3 and leaves the plaintiff to his proof.

3. This defendant denies the allegations contained in paragraphs 4, 5 and 6.

4. This defendant admits that on February 23, 2003 James LaPlante and Joseph LaPlante sustained personal injury by reason of a motor vehicle accident and as to the remainder of the allegations contained in paragraph 7, leaves the plaintiff to his proof.

5. This defendant denies the allegations contained in paragraph 8.

6. This defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 9 and 10.

7. This defendant admits that on June 28, 2004 an offer was made regarding the injuries sustained by James LaPlante and Joseph LaPlante and denies the remainder of the allegations contained in paragraph 11.

8. This defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 12 and 13 and leaves the plaintiff to his proof.

9. This defendant denies the allegations contained in paragraphs 14 and 15.

EXHIBIT
tabbies
2

AS TO COUNT II

1. This defendant incorporates by reference its answers to paragraphs 1 through 15 as its answer to paragraph 16.

2. This defendant denies the remainder of the allegations contained in Count II and the remainder of the allegations contained in the plaintiff's complaint.

SECOND DEFENSE

The plaintiff's complaint fails to state a claim upon which relief can be granted and therefore this action is barred.

CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272

CERTIFICATION

I hereby certify that a true copy of the within was mailed to Michael R. Egan, Esquire, 1865 Post Road, Suite 206, Warwick, RI 02886 on the 23rd day of August, 2004.