STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# STIPULATION

☐ SUPREME COURT ☑ SUPERIOR COURT ☐ FAMILY COURT ☐ DISTRICT COURT

Kent COUNTY/DIVISION

| 1. | 2. CASE NO. |
| --- | --- |
| Michael R. Egan<br>vs.<br>Joseph LaPlante<br>James LaPlante<br>One Beacon Insurance Group | K.C. 04-684 |

In the above-entitled cause it is agreed that the following entry be made:

Counsel for Defendants Joseph LaPlante and James LaPlante agree That The Plaintiff Michael R. Egan is entitled to $60,000 from The proceeds of the settlement amount paid by One Beacon Insurance on the claim of James LaPlante only, and all other claims to be dismissed. Judgment shall enter for plaintiff for 60,000 sixty thousand against defendant James LaPlante, Defendant Joseph LaPlante is dismissed plus this instant claim against ONE BEACON is dismissed with prejudice no costs.

Michael R Egan — Plaintiff's Attorney (Print Name) — Registration No. [illegible] — Signature [signature]

Kevin A McKenna — Defendant's Attorney (Print Name) — Registration No. [illegible] — Signature [signature]

D. Russell Peyton — #1283 — for One Beacon Insurance Group

Date 7-13-05

Judge O. Rogeriee Thompson

[illegible] Deputy Clerk

J-7 (Rev. 9/89)

EXHIBIT 3

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# STIPULATION

☐ SUPREME COURT ☒ SUPERIOR COURT ☐ FAMILY COURT ☐ DISTRICT COURT

Kent COUNTY/DIVISION

| 1. | 2. CASE NO. |
|---|---|
| Michael Egan, Esq. vs. James LaPlante | KC04-689 |

In the above-entitled cause it is agreed that the following entry be made:

$60,000 is to be deposited in the registry of the court today 11/18/05 by Attorney Kevin McKenna on behalf of James LaPlante. Said proceeds may be paid to the plaintiff, Michael Egan.

Christopher P. Healey — 3312 — [signature]
Plaintiff's Attorney (Print Name) — Registration No. — Signature

Kevin A. McKenna — 643 — Kevin A. McKenna
Defendant's Attorney (Print Name) — Registration No. — Signature

Date

[signature] Thompson 11-18-05 — Kristal St. Jacques, Deputy Clerk
Judge

J-7 (Rev. 9/89)