STATE OF RHODE ISLAND SUPERIOR COURT
KENT, SC.

| | | |
|---|---|---|
| MICHAEL R. EGAN, ESQUIRE | : | |
| VS. | : | C.A. NO. KC04-689 |
| JAMES LAPLANTE, alias and JOSEPH LAPLANTE, alias and ONEBEACON INSURANCE GROUP, dba ONE BEACON INSURANCE CO., alias | : | |

**ORDER**

The above-entitled matter came on for hearing in the Kent County Superior Court on the 2nd day of December 2005 before Judge Thompson. After hearing thereon and due consideration thereof, it is hereby:

O R D E R E D:

1. The sum of Sixty Thousand ($60,000.00) Dollars plus interest shall be paid from the registry of the Court to Michael R. Egan, Esquire pursuant to an Order entered by this Court on November 18, 2005.

ENTERED as an Order of this Honorable Court this day of , 2005.

APPROVED: ENTERED:

____________________ ____________________

Presented By:

____________________

**MICHAEL R. EGAN, ESQ. #4111**
1865 Post Road, Ste 206
Warwick, RI 02886
(401) 738-8059

EXHIBIT
tabbies
4

# CERTIFICATION

I hereby certify that on the 22nd day of November 2005 I mailed a true copy of the within Order to C. Russell Bengsten, Esq. at One Turks Head Place, Ste 204, Providence, RI 02903 and to Keven A. McKenna, Esq. 23 Acorn Street, Providence, RI 02903.

______________________________