UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES P. LAPLANTE | : | |
| vs. | : | C.A. No. 05-496 ML |
| OneBEACON INSURANCE GROUP | : | |

AFFIDAVIT OF DENNIS R. SMITH

Dennis R. Smith, being duly sworn, upon oath deposes and says as follows:

1. I am the Associate General Counsel and Assistant Secretary for OneBeacon Insurance Group LLC ("OneBeacon") at OneBeacon's corporate headquarters at One Beacon Street, Boston, Massachusetts. I am personally familiar with the facts asserted herein based on either my own knowledge or my review of the records of OneBeacon.

2. OneBeacon Insurance Group LLC is a limited liability company formed in the State of Delaware on December 3, 2001. OneBeacon was qualified to do business as a holding company in the Commonwealth of Massachusetts on January 22, 2002 and maintains its principal place of business at One Beacon Street, Boston, Massachusetts, 02108. OneBeacon does not have an office of any kind in the State of Rhode Island or the State of Vermont.

3. Attached hereto as Exhibit A is a true copy of OneBeacon's 2005 Annual Report as filed with the Commonwealth of Massachusetts and signed by me.

4. OneBeacon is a holding company, the sole purpose of which is to own various incorporated insurance companies. OneBeacon does not directly sell insurance, underwrite insurance or collect insurance premiums. These actions are undertaken solely and independently by the insurance corporations which OneBeacon owns.

5. OneBeacon's insurance company subsidiaries also use the trade name of "OneBeacon Insurance" or "OneBeacon Insurance Group" as a shorthand method of simply referring to all of the insurance companies OneBeacon owns as a group. This is common in the insurance business. When used in this manner, the reference is not to a specific entity, but to all of the entities owned by OneBeacon. All insurance policies issued by companies owned by OneBeacon state which of the companies owned by OneBeacon is the actual issuing company for that particular policy.

6. York Insurance Company of Maine ("York") is one of the insurance companies that is owned by OneBeacon. Specifically, it is a wholly owned subsidiary of OneBeacon America Insurance Company, a Massachusetts corporation, which is a wholly owned subsidiary of OneBeacon Insurance Company, a Pennsylvania corporation, which is, in turn, a wholly owned subsidiary of OneBeacon Insurance Group LLC. York is an entirely separate corporate entity from OneBeacon.

7. I am the corporate Secretary for York, which is incorporated in the State of Maine and has its principal place of business there. It does not have an office of any kind in Rhode Island. York is actively engaged in the business of writing insurance policies. During 2004, for example, York had direct premiums earned of approximately $186,000,000.00.

8. York was formerly known as Commercial Union York Insurance Company or CU York Insurance Company until its name was changed to York Insurance Company of Maine in October of 2001.

OneBeacon Insurance Group LLC
By,

[signature]
DENNIS R. SMITH
Associate General Counsel and
Assistant Secretary

Commonwealth of Massachusetts
County of Suffolk

ANDREA R. CROWE
MY COMMISSION EXPIRES MAY 29, 2009
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS

Subscribed and sworn to before me this 10th day of January, 2006.

[signature]
Notary Public
Comm. Exp. May 29, 2009

CERTIFICATION

I hereby certify that I mailed a true copy of the within to Kevin McKenna, Esq., 23 Acorn Street, Providence, RI, 02903 on this 17 day of January, 2006.

[signature]

FILED

FEB 11 2005

SECRETARY OF THE COMMONWEALTH
CORPORATIONS DIVISION

200502599

034
037

**ONEBEACON INSURANCE GROUP LLC**

**2005 ANNUAL REPORT OF FOREIGN LIMITED LIABILITY COMPANY**
**COMMONWEALTH OF MASSACHUSETTS**

1. The federal identification number of the limited liability company is 52-2272489.

2. The name of the limited liability company is OneBeacon Insurance Group LLC.

3. The limited liability company was organized in the State of Delaware on December 3, 2001.

4. The limited liability company was qualified to do business as a holding company in the Commonwealth of Massachusetts on January 22, 2002.

5. The business address of the principal office of the limited liability company is One Beacon Street, Boston, Massachusetts 02108.

6. The names of the managers of the limited liability company, all of whom have a business address at One Beacon Street, Boston, Massachusetts 02108, are as follows:

| | | |
|---|---|---|
| Raymond Barrette | Morgan W. Davis | Stuart N. Lerwick |
| Gary E. Black | Steven E. Fass | Roger M. Singer |
| John P. Cavoores | David T. Foy | Gary C. Tolman |
| Charles B. Chokel | John D. Gillespie | |

7. The business address of the principal office of the limited liability company in the Commonwealth is One Beacon Street, Boston, Massachusetts 02108.

8. The name of the limited liability company's resident agent is Dennis R. Smith, and the resident agent's business address is One Beacon Street, Boston, Massachusetts 02108.

9. The limited liability company has no date of dissolution.

10. Each of Roger M. Singer, Secretary, and Dennis R. Smith, Assistant Secretary, each having a business address at One Beacon Street, Boston, Massachusetts 02108, is authorized to execute documents to be filed with the Corporations Division of the Massachusetts Secretary of State.

11. Each of John P. Cavoores, Gregory P. Winn and Roger M. Singer, each having a business address at One Beacon Street, Boston, Massachusetts 02108, is authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property, whether to be recorded in the registry of deeds or a district office of the land court.

SIGNED UNDER THE PENALTIES OF PERJURY, this 20th day of January, 2005.

[signature]

Dennis R. Smith, Assistant Secretary

EXHIBIT

A