UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES P. LAPLANTE | : | |
| | : | |
| vs. | : | C.A. No. 05-496 ML |
| | : | |
| OneBEACON INSURANCE GROUP | : | |

AFFIDAVIT OF STEVEN P. SCHROEDER

Steven P. Schroeder, being duly sworn, upon oath deposes and says as follows:

1. I am employed by OneBeacon Insurance Company, which handles the adjustment of claims for York Insurance Company of Maine. I am the Claims Examiner assigned to handle this matter. I am personally familiar with the facts asserted herein.

2. Attached hereto as Exhibit A is a true copy of the automobile insurance policy renewal in effect at the time of this loss on February 23, 2003 issued by York Insurance Company of Maine, formerly known as CU York Insurance Company to Corrina Brown and James S. LaPlante, No. YM-Z263796F ("the Policy").

3. Attached hereto as Exhibit B is a true copy of a change endorsement issued to the Policy on November 17, 2002 (effective July 25, 2002) which provided new Vermont Automobile Insurance Cards identifying York Insurance Company of Maine as the company providing insurance to the plaintiff's vehicles.

4. Attached hereto as Exhibit C is a true copy of a change endorsement issued to the Policy on January 2, 2003 (effective December 20, 2002) which added the vehicle involved in this loss, the 1978 Ford F378 and deleted a previously covered vehicle. The endorsement also issued the Vermont Automobile Insurance Card for the 1978 Ford F378 identifying York Insurance Company of Maine as the company providing coverage for it.

OneBeacon Insurance Company
By,

Steven P. Schroeder

STEVEN P. SCHROEDER
Claims Examiner

State of Massachusetts
County of Norfolk

Subscribed and sworn to before me this 12th day of January, 2006.

Barbara J. Flynn
Notary Public
Comm. Exp. 12/28/2007

## CERTIFICATION

I hereby certify that I mailed a true copy of the within to Kevin McKenna, Esq., 23 Acorn Street, Providence, RI, 02903 on this 17 day of January, 2006.

[signature]