UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES P. LAPLANTE | : | |
| vs. | : | C.A. No. 05-496 ML |
| OneBEACON INSURANCE GROUP | : | |

SUPPLEMENTAL AFFIDAVIT OF DENNIS R. SMITH

Dennis R. Smith, being duly sworn, upon oath deposes and says as follows:

1. The sole member of OneBeacon Insurance Group LLC is Fund American Companies, Inc., a Delaware corporation with its principal place of business at One Beacon Street, Boston, Massachusetts 02108.

2. In addition to my duties with OneBeacon Insurance Group, LLC, I am an Assistant Secretary of Fund American Companies, Inc.

OneBeacon Insurance Group, LLC
By,

[signature]
DENNIS R. SMITH
Associate General Counsel and
Assistant Secretary

State of Massachusetts
County of Suffolk

Subscribed and sworn to before me this 31st day of January, 2006.

Susan B. Holland
Notary Public
Comm. Exp. April 25, 2008

SUSAN B. HOLLAND NOTARY PUBLIC COMMONWEALTH OF MASSACHUSETTS MY COMMISSION EXPIRES APR. 25, 2008

CERTIFICATION

I hereby certify that I mailed a true copy of the within to Kevin McKenna, Esq., 23 Acorn Street, Providence, RI, 02903 on this 1st day of February, 2006.

[signature]