**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**James P. Laplante** :
**Plaintiff**
**Vs.** : **C.A. No. 05-496 ML**
**OneBeacon Insurance Group** :
**Defendant** :
:

**SUPPLEMENTAL AFFIDAVIT OF JOSEPH LAPLANTE ON BEHALF OF PLAINTIFF, JAMES LAPLANTE'S MOTION ON LACK OF DIVERSITY.**

Now comes Joseph Laplante, being duly sworn, and deposes as follows:

1. I am Joseph Laplante, Boston Post Road, P.O. Box 5679, Marlborough, Massachusetts 01752.
2. I am the father of James Laplante.
3. I was the passenger who was also severely injured with James Laplante on February 23,2003.
4. On August 12, 2002 "OneBeacon Insurance Group wrote to my son, Exhibit A, and indicated at follows "Last June,CGU and its many affiliated underwriting companies became OneBeacon Insurance Group. As part of the final transition, we are changing the names of some of our underwriting companies to match our OneBeacon identity."
5. On every page of my son's automobile insurance company, the name "OneBeacon Insurance" with its Lighthouse logo appears. See Exhibit D.
6. On page 18, of Exhibit D, Dennis R. Smith has signed his name as Secretary of OneBeacon Insurance".
7. "OneBeacon Insurance" pursuant to its contract, Exhibit D, paid me my medical payment coverage in the sum of $5,000.00 on June 23, 2004. (Exhibit C).
8. On September 14, 2005, "OneBeacon Insurance" settled my bodily injury claim by payment of a check from "OneBeacon Insurance" in the sum of three hundred thousand dollars ($300,000.).
9. On or about June 25, 2003, "OneBeacon Insurance Company" employed Mark C. Gildea to take the deposition of James Laplante, my son, in Providence, Rhode Island on August 5, 2003. Exhibit D.
10. By its own admission, the Plaintiff is an unincorporated group using the name of OneBeacon Insurance Group" with incorporated affiliates selling OneBeacon Insurance in Rhode Island, Vermont, Connecticut, Massachusetts, Maine, and several other states throughout the United States through licensed insurance agents in those states.
11. OneBeacon Insurance Group is the insurer who signed the contract to cover the benefits paid to my and which are payable to my son. Its underlying entities and

insurance agents are agents of OneBeacon Insurance Group who are citizens of Vermont and Rhode Island.

12. OneBeacon Insurance Group is a holding company, which I have seen advertised nationally on the Internet. On its website it indicates that automobile insurance can be purchased in Rhode Island and in Vermont.
13. When the accident occurred in Lincoln Rhode Island on February 23, 2003, my son was living at Douglas Pike, North Smithfield. James was driving a vehicle, which he rebuilt in Rhode Island prior to the accident.

Joseph Laplante

**State of Rhode Island and Providence Plantations**
**County of Providence**

In Providence, on 1st of February, 2006, appeared before me Joseph Laplante, known to me personally, and, was duly sworn, and deposed as set forth above.

Keven A. McKenna, Notary Public
My term Expires on 8/9/09