"A"

08/12/2002

CORRINA BROWN
JAMES S LAPLAN
PO BOX 909
QUECHEE, VT 05059

RE: M-Z263796

Dear Policyholder:

Last June, CGU and its many affiliated underwriting companies became OneBeacon Insurance Group. As part of the final transition, we are changing the names of some of our underwriting companies to match our OneBeacon identity. You'll find the new name of the OneBeacon company that writes your insurance listed in the enclosed endorsement form, which you should file with your policy.

This change becomes effective 09/06/2002. It applies ONLY to the name of the company. Your coverages, rates and all other terms and conditions remain the same. What also remains the same is our commitment to being a leading provider of property/casualty insurance through our select independent agents here in the Northeast. The A/Excellent rating we received from A.M. Best and Moody's A2 rating affirm our financial strength.

If you have any questions about this matter or any issues relating to your OneBeacon Insurance coverage, please contact your independent insurance agent.

And thank you for your business. We're pleased to be your insurance carrier and to be represented by your independent agent.

Sincerely,

OneBeacon Insurance Group

1466

Enclosure

G65703 07 02