CLARK, BALBONI & GILDEA, LLP

OFFICE OF
ROBERT G. CLARK, JR.
126 BELMONT ST., BROCKTON, MASS. 02301-5209
TEL. 508-586-1411
FAX 508-559-5066

ROBERT G. CLARK, III**
MARK C. GILDEA**
FAIN P. GILDEA**
TARA BEGLEY WEGENER*
JOHN L. KOWALSKI*
ANDREW J. SCANLON***
SUSAN J. ROMAN*
*MEMBER MASSACHUSETTS BAR
**MEMBER MASSACHUSETTS & RHODE ISLAND BARS
***MEMBER RHODE ISLAND & CONNECTICUT BARS

RHODE ISLAND OFFICE
208 SOUTH MAIN STREET
PROVIDENCE, RI 02903
TEL. (401) 751-1111
FAX (401) 751-1554

CAPE COD OFFICE
33 GREAT NECK ROAD SOUTH
P.O. BOX 1769
MASHPEE, MA 02649
TEL. (508) 477-5567
FAX (508) 477-5866

ROBERT G. CLARK, JR. (1923 - 1976)
FREDERICK H. BALBONI (1939 - 1996)

OF COUNSEL
EDWARD J. GILDEA
HERBERT BEIGEL
ROBERT F. SULLIVAN
PHILIP A. ROLLINS

REPLY TO: Brockton

June 25, 2003

1-401-738-8059

Michael R. Egan
349 Jefferson Boulevard
Warwick, RI 02888

**RE: Claimant: James LaPlante**
**D/O/L: 2/23/03**

Dear Attorney Egan:

This office has been retained by OneBeacon Insurance Company to take a statement under oath from your client. I enclose a Notice of Taking Statement Under Oath for August 5, 2003 at 12:00 p.m.

Please call with any questions.

Very truly yours,

Mark C. Gildea

Mark C. Gildea

MCG/bcp
Enclosure