OneBeacon
INSURANCE

Mail to: JOSEPH LAPLANTE
BOSTON POST ROAD
PO BOX 5678
MARLBORO MA 01752

OneBeacon
INSURANCE

DETATCH AND RETAIN THIS PORTION FOR YOUR RECORDS

**EXPLANATION OF PAYMENT** **SD74769-5**

PLEASE FORWARD ALL CORRESPONDENCE TO:
OneBeacon Insurance Group
ONE CONSTITUTION WAY
FOXBORO, MA 02035

508-549-8660

PAY TO: JOSEPH LAPLANTE

| | |
|---|---|
| DATE ISSUED: | 05/23/2004 |
| CHECK AMOUNT: | $5,000.00 |
| INSURED: | CORRINA BROWN |
| POLICY NO.: | Z263796 |
| DATE/LOSS: | 02/23/2003 |
| CLAIM NO.: | 0B6-00908Z-03-06 |
| CLAIM TYPE: | AMP (VT) |
| CLAIMANT: | LAPLANTE JOSEPH |
| ADJUSTER: | KATHLEEN AHEARN |

AGENT: FORD INSURANCE COMPANY
SUNSET FARM
SUNSET FARM
WOODSTOCK VT 05091

IN PAYMENT OF: MEDICAL PAYMENTS COVERAGE
SERVICE DATES FROM 02/23/03 THRU 05/21/04

G5898 0901