UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES P. LAPLANTE

v. CA 05-496 ML

ONEBEACON INSURANCE GROUP

ORDER

On February 2, 2006, this Court heard argument on Plaintiff's Motion to Remand. During that hearing, the Court advised counsel that it appeared that a resolution of the Motion to Remand was intertwined with consideration of the issues raised by Defendant in its Motion to Dismiss or in the Alternative to Substitute Proper Party Defendant, filed January 17, 2006. The Court also noted that Defendant had attached affidavits and exhibits to its Motion to Dismiss. After hearing Plaintiff's argument on his Motion to Remand, the Court advised counsel that it would treat the Motion to Dismiss as a Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56. The Court inquired of Defendant's counsel if she needed additional time to supplement the Motion to Dismiss and she replied that she was prepared to rest on her papers as filed and that she had no objection to the Court converting her Motion to Dismiss to a Motion for Summary Judgment.

Plaintiff's counsel then requested additional time to conduct discovery to be able to respond to the Motion for Summary Judgment. The Court granted Plaintiff's request and set March 1, 2006, as the date for Plaintiff to file his response to Defendant's Motion for Summary Judgment.

On February 6, 2006, Plaintiff inexplicably filed an "Objection" to Defendant's Motion to Dismiss. He also filed an "Initial Memorandum" in support of his objection to the Motion to Dismiss. Plaintiff appends approximately 78 pages of "exhibits." These "exhibits," however, are not accompanied by any affidavit or other authenticating document. The Court finds that Plaintiff's "Objection" is not in compliance with D.R.I. LR Cv 56(a)(4) and (b). Further, it purports to respond to a Motion to Dismiss when this Court made clear that it would treat the Motion to Dismiss as one for summary judgment. See Fed. R. Civ. P. 12(b).

Accordingly, on its own Motion, the Court strikes the pleading filed by Plaintiff on February 6, 2006. Plaintiff's response to the Motion for Summary Judgment shall be filed on or before March 1, 2006. Plaintiff is reminded to comply with the mandate of Fed. R. Civ. P. 56 and D.R.I. LR Cv 56.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
February 7, 2006