CARROLL, KELLY & MURPHY
COUNSELLORS AT LAW
ONE TURKS HEAD PLACE, SUITE 400
PROVIDENCE, RHODE ISLAND 02903

JOSEPH A. KELLY
C. RUSSELL BENGTSON
RUTH DIMEGLIO
WILLIAM H. JESTINGS
JOHN P. MCCOY
PATRICIA A. BUCKLEY

PAULA A. KELLY
SHANNON GILHEENEY
MAUREEN LEWIS MALLON
SCOTT D. LEVESQUE
TODD J. ROMANO

TELEPHONE
(401) 331-7272
FACSIMILE
(401) 331-4404

February 8, 2006

Kevin A. McKenna, Esquire
23 Acorn Street
Providence, RI 02903

Re: James LaPlante
Vs: OneBeacon Insurance Group
Our File 531

Dear Mr. McKenna:

We have your rescheduled Notice of Deposition. Please understand that in accordance with Judge Lisi's Order allowing you to conduct discovery strictly for purposes of responding to the Motion for Summary Judgment, it is our position that Mr. Smith's deposition will be limited to matters concerning his Affidavit filed in support of our Motion for Summary Judgment. Under no circumstances do we consider his deposition to be "without limitation" – as you state in your Notice of Deposition.

Thank you for your anticipated cooperation. If you have any questions, please call.

Very truly yours,

C. RUSSELL BENGTSON

CRB:map