UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES P. LAPLANTE | : | |
| vs. | : | C.A. No. 05-496 ML |
| OneBEACON INSURANCE GROUP | : | |

AFFIDAVIT OF STEVEN P. SCHROEDER

Steven P. Schroeder, being duly sworn, upon oath deposes and says as follows:

1. I am employed by OneBeacon Insurance Company, which is a wholly owned subsidiary of OneBeacon Insurance Group, LLC. OneBeacon Insurance Company handles the adjustment of claims for York Insurance Company of Maine. I am the Claims Examiner assigned to handle this matter and I am personally familiar with the facts asserted herein.

2. T. Michael Miller is the President and CEO of OneBeacon Insurance Group LLC. He has not had any connection to or role in the adjustment of this claim.

OneBeacon Insurance Company
By,

Steven P. Schroeder
STEVEN P. SCHROEDER
Claims Examiner

State of Massachusetts
County of Norfolk

Subscribed and sworn to before me this 10 day of February, 2006.

Barbara J. Flynn
Notary Public
Comm. Exp. 12/28/2008

CERTIFICATION

I hereby certify that I mailed a true copy of the within to Kevin McKenna, Esq., 23 Acorn Street, Providence, RI, 02903 on this 14 day of February, 2006.

[signature]