**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
FEB 1 7 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**James P. Laplante**
**Plaintiff**

**Vs.**

**OneBeacon Insurance Group**
**Defendant**

**C.A. No. 05-496 ML**

**PLAINTIFF'S MOTION TO EXTEND TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S NEWLY CONVERTED MOTION TO DISMISS TO A MOTION FOR SUMMARY JUDGMENT.**

Now comes the Plaintiff in the above entitled matter; and moves to extend the time to complete discovery on the issues of diversity and of what entity is the proper party from March 1, 2006 to April 1, 2006 for the reasons set forth in the attached memorandum. It is simply impossible to complete before March 1, 2006 the discovery required for the pending motions since the facts are in the sole control of the Defendant and Defendant had not provided a listed of undisputed facts in connection with its Summary Judgment Motion as required by L.R. Cv56 (a).

Respectfully submitted,
Plaintiff James P. Laplante
By His Attorney

Granted. Plaintiff's response shall be filed on or before April 3, 2006.
Mary M. Lisi
US DJ 2/17/06

Keven A. McKenna, Esq.
Keven A. McKenna, PC
23 Acorn Street
Providence, RI 02903
(401) 273-8200
(401) 521-5820 Facsimile

**CERTIFICATION**

I hereby certify that on the 17th day of February 2006, I FAXED & mailed a copy of the within Memorandum In Support of Motion To Shorten Time, first class, postage prepaid, to the Attorneys of OneBeacon Insurance Group, C. Russell Bengsten, Esq., and Patricia Buckley, Esq., Carroll, Kelly & Murphy, Counselors at Law, One Turks Head Place, Suite 400, Providence, R.I. 02903.

Brian A. McKenna