UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

FEB 21 2006

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

JAMES P. LAPLANTE :
vs. : C.A. No. 05-496 ML
OneBEACON INSURANCE GROUP :

ORDER

This matter having come on for hearing on February 17, 2006 before Magistrate Judge Martin on the defendant's Motion for Protective Order to prevent the deposition of T. Michael Miller noticed by the plaintiff for February 23, 2006, and after hearing argument thereon from the parties, it is hereby

ORDERED

1. The defendant's Motion for Protective Order is granted: the deposition of T. Michael Miller shall not take place on February 23, 2006.
2. The Motion is granted without prejudice to the plaintiff renewing his attempt to depose Mr. Miller if the circumstances so warrant.

ENTER:

David L. Martin
0545

Dated: 2-21-06

BY ORDER:

[signature]

PRESENTED BY:

[signature]

C. RUSSELL BENGTSON #1233
CARROLL, KELLY & MURPHY
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272