UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES P. LAPLANTE | : | |
| | : | |
| vs. | : | C.A. No. 05-496 ML |
| | : | |
| OneBEACON INSURANCE GROUP | : | |

AFFIDAVIT OF DONNA COTTER

Donna Cotter, being duly sworn, upon oath deposes and says as follows:

1. I am employed by OneBeacon Insurance Company. I am one of the claims examiners who was assigned to handle the claim of Joseph LaPlante arising from the automobile accident involving his son, James LaPlante. I am personally familiar with the facts asserted herein.

2. Joseph LaPlante's claim was ultimately resolved after complicated coverage and medical causation issues were resolved.

3. Throughout my handling of the claim, I dealt directly with Joseph LaPlante. His manner was confrontational and harassing. He telephoned me constantly and wrote many long, rambling letters to me and my supervisors in which he accused the OneBeacon claims adjusters of being deceptive and untruthful. He repeatedly threatened to make claims under the Massachusetts statute, Chapter 93A, for bad faith and ultimately did, in fact, send such a claim to us.

4. He repeatedly demanded to speak with my supervisor and the Manager of Personal Lines Claims and did so on numerous occasions, but ultimately refused to deal with either myself or my immediate supervisor.

5. He repeatedly demanded that he be allowed to come to our place of business in Foxborough, Massachusetts which I repeatedly refused to allow him to do. Despite this, he did, in fact, show up at our office twice, unannounced, and attempted to gain entry.

6. I have been a claims examiner for 29 years and I have never observed such

extreme behavior before. His constant harassment was unusual and concerning to me.

OneBeacon Insurance Company
By,

Donna Cotter
DONNA COTTER
Claims Examiner

State of Massachusetts
County of Bristol

Subscribed and sworn to before me this 22nd day of February, 2006.

Notary Public
Comm. Exp. 6/22/12

CERTIFICATION

I hereby certify that I mailed a true copy of the within to Kevin McKenna, Esq., 23 Acorn Street, Providence, RI, 02903 on this ___ day of February, 2006.

______________________________