UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES P. LAPLANTE | : | |
| vs. | : | C.A. No. 05-496 ML |
| OneBEACON INSURANCE GROUP | : | |

ORDER

This matter having come on for hearing on February 23, 2006 before Magistrate Judge Martin on the plaintiff's Motion to Allow Joseph LaPlante to Attend Depositions in this matter and upon the defendant's Motion for Protective Order to require that the depositions scheduled for February 24, 2006 take place in Foxborough, Massachusetts, and after hearing argument thereon from the parties, it is hereby

ORDERED

1. The plaintiff's Motion to Allow Joseph LaPlante to Attend Depositions in this matter is hereby denied.

2. The defendant's Motion for Protective Order is granted. The depositions of Kathleen Ahearn and Steven Schroeder scheduled for February 24, 2006 shall take place at their place of business at One Constitution Way, Foxborough, Massachusetts.

BY ORDER

[signature]

Dated:

ENTER:

David L. Martin
USMJ 2-24-06

PRESENTED BY:

[signature]

C. RUSSELL BENGTSON #1233
CARROLL, KELLY & MURPHY
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272