**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **James P. Laplante** | : | |
| **Plaintiff** | | |
| **Vs.** | : | **C.A. No. 05-496 ML** |
| **OneBeacon Insurance Group** | : | |
| **Defendant** | : | |
| | : | |

**Plaintiff's Summary Judgment Motion, By Order of The Court to Remand This Matter to the State Court on the Basis of the Lack of Complete Diversity And Lack Of Standing To Raise Federal Question Jurisdiction**

Now comes the Plaintiff in the above matter, by order of this Court, and re-asserts his objection to the petition to remove this matter, on the basis of lack of proof of diversity jurisdiction and the lack of standing of the Defendant to remove itself and still claim as the basis for removal federal question jurisdiction. Moreover, since state law questions predominate in this complaint, all state law questions should be returned to the State Court if this Court finds it has federal question jurisdiction.

Plaintiff incorporates by reference the exhibits, depositions, and memoranda filed herein in this matter, and otherwise attached hereto, to demonstrate that there are no material facts in dispute to deny the granting of a summary judgment on this matter.

Defendant cannot by any material fact demonstrate its non existence as a juridical body. The injunction in a companion matter, its own appearance in this matter and the admissions of Dennis Smith, the common secretary of its members contradicts its denial of existence in its averments.

Respectfully Submitted,
James Laplante
Plaintiff
By His Attorneys

Keven A. McKenna, #662
Keven A. McKenna, P.C.
23 Acorn Street
Providence, R.I. 02903
401 273-8200 Tel.
401 521-5820
KevenM@McKennalaw.cc Net

**CERTIFICATION**

I, the undersigned, hereby certify that on the 3rd day of April,2006, I mailed a copy of the within Motion and attached Memorandum, postage prepaid, to Attorney of OneBeacon Insurance, C. Russell Bengsten, Carroll, Kelly & Murphy, Counselors at Law, One Turks Head Place, Suite 400, Providence, R.I. 02903.