**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **James P. Laplante** | : | |
| **Plaintiff** | | |
| **Vs.** | : | **C.A. No. 05-496 ML** |
| **OneBeacon Insurance Group** | : | |
| **Defendant** | : | |
| | : | |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S SUMMARY JUDGMENT MOTION TO DISMISS ITSELF AND SUBSTITUE THEREIN YORK INSURANCE OF MAINE.**

Now comes the Plaintiff in the above entitled matter, and objects to the summary judgment motion of the Defendant to dismiss itself from this Complaint, and to substitute York Insurance Company of Maine as Defendant.

If Plaintiff is dismissed from this Complaint, it has no standing thereafter to substitute York Insurance Company of Maine as a Defendant.

York Insurance Company of Maine is a nominal member of Defendant, OneBeacon Insurance Group, which had completely ceded its right to receive premiums from the Plaintiff and to adjudicate the validity of its uninsured claim to OneBeacon Insurance Company, a Pennsylvania Corporation, which is also a member of OneBeacon Insurance Group.

OneBeacon Insurance Group, by and through its members, completely dominates and controls York Insurance Company of Maine, as if it was its own employee. It is an alter ego of the Defendant, and is not otherwise a party in interest.

Defendant OneBeacon Insurance Group has no standing to amend the Plaintiff's complaint.

There may be material facts in disputes.

In support of his objection, Plaintiff relies upon the Memorandum, Depositions, Exhibits, Affidavits, attached hereto and its prior filings related to this matter.

Respectfully Submitted,
James Laplante
Plaintiff
By His Attorneys

Keven A. McKenna, #662
Keven A. McKenna, P.C.
23 Acorn Street
Providence, R.I. 02903
401 273-8200 Tel.
401 521-5820
KevenM@McKennalaw.cc Net

## CERTIFICATION

I, the undersigned, hereby certify that on the 3rd day of April,2006, I mailed a copy of the within Motion and attached Memorandum, postage prepaid, to Attorney of OneBeacon Insurance, C. Russell Bengsten, Carroll, Kelly & Murphy, Counselors at Law, One Turks Head Place, Suite 400, Providence, R.I. 02903.