**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **James P. Laplante**<br>**Plaintiff**<br><br>**Vs.**<br><br>**OneBeacon Insurance Group**<br>**Defendant** | **C.A. No. 05-496 ML** |

## PLAINTIFF'S MOTION TO ADD PARTIES AND TO ADD NEW CLAIMS IF THIS COURT HAS JURISDICTION TO HEAR THIS MATTER

Now comes Plaintiff, pursuant to Rules 18,19, and 20 of the Federal Rules of Civil Procedure, and in a new Count V, attached hereot, if this Honorable Court decides it has jurisdiction over this matter of consideration of the pending Summary Judgment motions, then moves to add new claims and new parties to this action, all as set out in Exhibit A attached hereto

New Count V of Plaintiff's Complaint, avers that the following parties are jointly, severally, and/or individually liable to Plaintiff as members of Defendant One Beacon Insurance Group for the same claims now made against Defendant OneBeacon Insurance Group.

- **OneBeacon Insurance Group, LLC,** a Delaware Limited Liability Company formed on December 3, 2001, whose business offices are located at OneBeacon Street, Boston, Massachusetts, which is a member of the Defendant OneBeacon Insurance Group;
- **OneBeacon Insurance Company**, a Pennsylvania company, formed on June 1, 1956, whose business officers are located in Massachusetts in

Boston, at One Beacon Street, and in Foxboro, Massachusetts,which is a member of the Defendant OneBeacon Insurance Group;

- **OneBeacon America Insurance Company,** A Massachusetts Company established on March 10, 1971,whose business officers are located in Massachusetts in Boston, at One Beacon Street, and in Foxboro, Massachusetts, which is a member of the Defendant OneBeacon Insurance Group; and,
- **York Insurance Company of Maine,** A Maine Corporation initially created on November 15, 1894, whose Maine office is located at 707 Sable Oaks Drive, South Portland, ME 04106, and whose business offices are located at One Beacon Street, Boston Massachusetts and in Foxboro Massachusetts, and which is a member of the Defendant, OneBeacon Insurance Group.

According to information now provided to Plaintiff, the above entities are interrelated by stockownership, by common directors, by the use of common staff, by the use of a common claims group, and through the collection and expenditure of premium fees, shared commonly. York Insurance Company of Maine, which is the named insurer on the Plaintiff's policy, is owned by OneBeacon America Insurance Company, which is, in turn, is owned by OneBeacon Insurance Company, which is, in turn, owned by OneBeacon Insurance Group, LLC.

In support herein, the Plaintiff incorporates the memoranda, exhibits and depositions filed in connection with Plaintiff's Summary Judgment Motion to Remand

and its objection to Defendant's Motion to Dismiss and to Add York Insurance Company of Maine as a party.

Depending on the outcome of those matter, the Plaintiff requests asks this Court to add these additional members of the OneBeacon Insurance Group and additional claims related to those parties, as set forth in Count V.

Respectfully submitted,
Plaintiff James P. Laplante
By His Attorney

Keven A. McKenna, Esq.
Keven A. McKenna, PC
23 Acorn Street
Providence, RI 02903
(401) 273-8200
(401) 521-5820 Facsimile

**CERTIFICATION**

I hereby certify that on the 3rd day of April, 2006, I mailed a copy of this Motion and attached memorandum, depositions, and exhibits in support thereof, first class, postage prepaid, to the Attorneys of OneBeacon Insurance Group, C. Russell Bengsten, Esq., and Patricia Buckley, Esq., Carroll, Kelly & Murphy, Counselors at Law, One Turks Head Place, Suite 400, Providence, R.I. 02903.