**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **James P. Laplante**<br>**Plaintiff**<br><br>**Vs.**<br><br>**OneBeacon Insurance Group, An Unincorporated Control Group for Twenty Nine (29) Insurance Entities;**<br>**OneBeacon Insurance Group, LLC**<br>**OneBeacon Insurance Company**<br>**OneBeacon America Insurance Company**<br>**York Insurance Company of Maine**<br>**Defendant** | : | **C.A. No. 05-496 ML** |

**Count V.**

**72.** Averments one (1) through seventy-one (71) are hereby incorporated by reference, as if fully plead herein.

73. Plaintiff herein is James Laplante, formerly of Smithfield, Rhode Island, and now of Hartland, Vermont.

74. Plaintiff, James Laplante was provided an automobile insurance policy through Defendant OneBeacon Insurance Group, which was issued by its member, Defendant York Insurance Company of Maine.

75. Defendant, York Insurance Company of Maine, charged the Plaintiff three (3) separate premiums for coverage from injury caused by hit and run drivers.

76. Defendant, OneBeacon Insurance Group, through its alter ego's, Defendant OneBeacon Insurance Group, LLC, Defendant OneBeacon Insurance Company, Defendant OneBeacon America Insurance Company, and York Insurance

Company of Maine, have refused to pay the three coverages to Plaintiff for which he has paid three separate premiums.

77. By receiving money for three (3) premiums for coverage from injury caused by hit and run drivers, and for medical bills, and by refusing to provide coverage under two (2) of those premiums, Defendant's OneBeacon Insurance Group, and its alter egos' OneBeacon Insurance Group, LLC, Defendant OneBeacon Insurance Company, Defendant OneBeacon America Insurance Company, and York Insurance Company of Maine, individually, jointly and severally, have been unjustly enriched; have taken money under false pretenses, and have otherwise violated the laws of the State of Rhode Island.

78. During the term of Plaintiff's policy, he was temporarily domiciled in Rhode Island, and subject to the laws of Rhode Island.

79. Plaintiff was living in Rhode Island when he added the vehicle in which he had an accident, and gave notice of his "change of territory."

80. Defendant, York Insurance Company of Maine, the named insurer on the Plaintiff's policy, is controlled, and owned, by Defendant OneBeacon America Insurance Company, which is, in turn, owned and controlled by Defendant OneBeacon Insurance Company, which is, in turn, owned and controlled by Defendant, OneBeacon Insurance Group, LLC.

81. Defendant, OneBeacon Insurance Group, LLC, is a Delaware Limited Liability Company formed on December 3, 2001, whose business offices are located at OneBeacon Street, Boston, Massachusetts, and in Foxboro, Massachusetts.

82. Defendant, OneBeacon Insurance Group, LLC is an alter ego, and an instrumentality of Defendant, OneBeacon Insurance Group.

83. Defendant, OneBeacon Insurance Company, is a Pennsylvania company, formed on June 1, 1956, whose business offices and officers are located in Massachusetts in Boston, at One Beacon Street, and in Foxboro, Massachusetts. It is an alter ego and instrumentality of Defendant, OneBeacon Insurance Group.

84. According to Defendant, OneBeacon Insurance Company, it is handling the adjustments of claims in this matter for Defendant, York Insurance Company of Maine.

85. On information and belief, Defendant OneBeacon Insurance Company is licensed to provide automobile insurance in Rhode Island, Pennsylvania, Vermont, and in several other States.

86. Defendant, OneBeacon America Insurance Company, is a Massachusetts Company, established on March 10, 1971,whose business offices are located in Massachusetts in Boston, at One Beacon Street, and in Foxboro, Massachusetts. It is an alter ego and instrumentality of Defendant, OneBeacon Insurance Group,

87. On information and belief Defendant OneBeacon American Insurance Company is licensed to provide automobile insurance in Rhode Island, Massachusetts, Pennsylvania, Vermont, and in several other States.

88. Defendant, York Insurance Company of Maine, is a Maine Corporation initially created on November 15, 1894, whose Maine office is located at 707 Sable Oaks Drive, South Portland, ME 04106, and whose business offices are located at One

Beacon Street, Boston Massachusetts, and in Foxboro Massachusetts. It is an alter ego and instrumentality of Defendant, OneBeacon Insurance Group.

89. Defendant York Insurance Company of Maine is licensed to sell insurance in the States of Maine, New Hampshire, Vermont, and Massachusetts.

90. Each of the Defendants named in this Complaint are either directly, or indirectly, controlled and/or owned by White Mountains Insurance Group, Ltd., a Bermuda Insurance Holding Company.

91. The Defendants herein are interrelated by stockownership, by common directors, by the use of common staff, by the use of a common claims group, and through the common collection and expenditure of insurance policy premium fees.

92. Defendant OneBeacon Insurance Group is one of four major divisions of White Mountains Insurance Group, LTD, reporting premium income, and expenses, to the U.S. Securities and Exchange Commission, and to the U.S. Internal Revenue Service, for its member corporations, limited liability companies, and partnerships, which it controls for the common purpose of selling insurance, and operating an interrelated group, whose purpose is to rationalize the collective business of White Mountains Insurance Group, LTD. Those members of the White Mountains Insurance Group, LTD. include all the Defendants named herein.

93. Defendants sell automobile insurance through agents in each State of the United States. Each insurance agent is, in turn, represented by Defendant OneBeacon Insurance Group to be partners located in each of the fifty (50) States of the United States.

94. Defendants, jointly, individually, and severally are engaged in the retail sale of automobile insurance, through the use of standard form policy provisions in each State, provided by the Insurance Services Offices, Inc., which policies include limitations on coverage not consistent with the laws of many of the states in which the uniform "OneBeacon Insurance" form contract is utilized, including (but not limited to) the States of Rhode Island and Pennsylvania, which require payment of all coverage provided by separate premiums (i.e. "stacking").

95. According to the Insurance Commissioners of the States of Massachusetts and California, Defendant York Insurance Company of Maine, Defendant OneBeacon America Insurance Company, and Defendant OneBeacon Insurance Company are insurance companies who are members of Defendant, OneBeacon Insurance Group.

96. Defendants herein, as members of the Defendant OneBeacon Insurance Group, act as alter egos of Defendant OneBeacon Insurance Group, LLC when engaged in the retail sale of automobile insurance in the United States.

97. Defendants herein utilize the same common insurance claims office of Defendant OneBeacon Insurance Group, as was also utilized for review of Plaintiff James Laplante claim: OneBeacon Insurance Company.

98. Defendant OneBeacon Insurance Group, a copyrighted name, has business offices at the following locations for its twenty nine (29) members, including the named Defendants herein, at the following locations: **Foxboro, MA**, Foxboro Business Center, One Constitution Way, Foxboro, MA 02035-2661;. **Rocky Hill, CT**. 100 Corporate Place, 3rd Floor, Rocky Hill, CT 06067-0389; **Manchester,**

**NH**. Jefferson Mill, 670 North Commercial Street, Manchester, NH 03101; **Portland, ME**, 707 Sable Oaks Drive, South Portland, Maine 04106-3279; **Atlanta, GA,** 5901-B Peachtree Dunwoody Road, Atlanta, GA 30328-7513; **Morristown, NJ,** ***Commercial*** *Lines* 44 Whippany Road, Morristown, NJ 07960; Basking Ridge, NJ, ***Personal Lines,***131 Morristown Rd, Basking Ridge, NJ 07920; **San Francisco,** CA, 50 California Street, Suite 850,San Francisco, CA 94111-4601; **Seattle, WA**, 1200 Sixth Avenue, Suite 1810, Seattle, WA 98101; and **Orange, CA,** Metroplex, Suite 500, 2401 East Katella Avenue, Anaheim, CA. 92806-5939.

99. Defendants, herein, as regulated providers of insurance coverage to a domiciliary of Rhode Island, and to citizens of other states who drive in Rhode Island, act as agents of the State of Rhode Island in the implementation of this State's mandatory insurance coverage provisions (such as *R.I.G.L.§27-7-2.1(i)*).

100. Defendants, individually, jointly and severally, have breached their contract obligations with the Plaintiff, causing him to suffer damages.

101. Defendants named herein, acting in their own capacity, and as interlocked alter egos and instrumentalities of each other, in violation of R.I.G.L. §9-1-33, and R.I.G.L § *27-9.1-4* (1) (5) (8) individually, jointly, and severally, have acted in bad faith and engaged in unfair claim settlement acts, causing Plaintiff to suffer compensatory damages, additional costs and attorney's fees, thereby requiring an award of exemplary damages.

102. Defendants, individually, jointly and severally, have unjustly enriched themselves, and have taken money for premiums under false pretenses in

violation of R.I.G.L.§11-41-4 and of R.I.G.L.§9-2-1, subjecting Defendants to imposition of double damages.

**Wherefore,** Plaintiff demands Judgment, individually, jointly and severally, against Defendants One Beacon Insurance Group, OneBeacon Insurance Group, LLC., OneBeacon Insurance Company, OneBeacon America Insurance Company, and York Insurance Company of Maine:

(i) For the Sum of Nine Hundred and Twenty Thousand ($920,000.00) dollars, plus exemplary damages, together with interests, costs and a reasonable attorney's fees, and such other relief as is just and equitable for breach of contract;

(ii) For an additional Sum of Nine Hundred and Twenty Thousand ($920,000.00) dollars for damages for taking money until false pretenses, and for exemplary damages.

(iii) And, for such other relief which is just and equitable.

Respectfully submitted,
Plaintiff James P. Laplante
By His Attorney

Keven A. McKenna

Keven A. McKenna, Esq.
Keven A. McKenna, PC
23 Acorn Street
Providence, RI 02903
(401) 273-8200
(401) 521-5820 Facsimile

**CERTIFICATION**

I hereby certify that on the 3rd day of ~~February~~ April 2006, I mailed a copy of this Amended Complaint, first class, postage prepaid, to the Attorneys of OneBeacon Insurance Group, C. Russell Bengsten, Esq., and Patricia Buckley, Esq., Carroll, Kelly & Murphy, Counselors at Law, One Turks Head Place, Suite 400, Providence, R.I. 02903.

Keon A. McKenna