**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **James P. Laplante** | : | |
| **Plaintiff** | | |
| **Vs.** | : | **C.A. No. 05-496 ML** |
| **OneBeacon Insurance Group** | : | |
| **Defendant** | : | |
| | : | |

**SUPPLEMENTAL AFFIDAVIT OF JOSEPH LAPLANTE ON BEHALF OF PLAINTIFF JAMES LAPLANTE'S MOTION RESPECTING LACK OF DIVERSITY.**

Now comes Joseph Laplante, under Oath, and being duly sworn, deposes as follows:

1. I am Joseph Laplante, Boston Post Road, P.O. Box 5679, Marlborough, Massachusetts 01752.

2. I am the father of James P. Laplante, the Plaintiff in the above referenced lawsuit. Prior to, and at the time of, the accident, James Laplante resided in North Smithfield Rhode Island.

3. I was the sole motor vehicle passenger with James Laplante on February 23, 2003 when we were both severely injured in a motor vehicle accident (occurring in Rhode Island) that forms the underlying basis of this lawsuit.

4. When the above referenced accident occurred in Lincoln Rhode Island on February 23, 2003, my son was living at Douglas Pike, North Smithfield. James was driving a vehicle, which he rebuilt in Rhode Island prior to the accident.

5. Because I was a covered individual under my son's Insurance Policy, I sought payment of medical bills, and other covered payments, from Defendant: $300,000.00 for bodily injury, and $5,000.00 for medical payments.

6. Although these payments were eventually made to me, it was not, at first, done willingly. One of the disputes existing among OneBeacon Insurance Group, my son, and myself was the legal limit of liability existing between my son, James Laplante and myself. It is because of this interconnected dispute that my contact with Defendant OneBeacon Insurance Group is related to the issues litigated in this lawsuit.

7. To secure the above-noted payments, I represented myself, and corresponded with, and received correspondence from, Defendant OneBeacon Insurance Group, as well as its counsel, as below further noted.

8. I attach the below documents as Exhibits to this Affidavit concerning the position and actions of OneBeacon Insurance Group with respect to the incident forming the basis of this claim. These documents are true, accurate, and authentic copies of documents I either received from Defendant, or sent to it:

**Exhibit A:** Letter to me, dated March 17, 2005 from Donna Cotter, Claims Examiner, bearing preprinted identification of "OneBeacon Insurance Group". Said letter contains the following admissions of fact:

"**On behalf of** the **OneBeacon Insurance Group ("OneBeacon") and** CU York Insurance Company ("York")..." , emphasis added.

"**On behalf of** OneBeacon [OneBeacon Insurance Group] **and** York, **we deny**...." emphasis added.

"Further, to the extent that Chapter 93A, section 9 applies, OneBeacon [OneBeacon Insurance Group] **and** York categorically deny..." emphasis added.

"Nevertheless, OneBeacon [OneBeacon Insurance Group] **and** York have made a settlement offer..." emphasis added.

The Second and Third Pages of this Exhibit contain multiple additional references to the joint, coordinated, indistinguishable, unitary position of both "OneBeacon [OneBeacon Insurance Group] **and** York" with respect to the legal status of my claim, and an offer to settle that claim made to me.

The Fourth, and final, Page of Ms. Cotter's letter to me contains the following sentence:

" In making this offer, **OneBeacon** [OneBeacon Insurance Group] **and York specifically reserve and do not waive all of their rights and defenses with respect to the claim which you have asserted**, whether set forth herein or not and whether presently known to them or not." emphasis added.

**Exhibit B:** Certified Letter signed by adjuster, Carl Kallenberg, dated 3/31/03, to me bearing preprinted identification of "OneBeacon Insurance Group".

**Exhibit C:** Confirmation of $5,000.00 Medical Payments Coverage to me, requesting that I "...[f]ORWARD ALL CORRESPONDENCE TO OneBeacon Insurance Group...", and copy of 9/12/2005 check for $300,000.00 containing same instruction.

**Exhibit D:** Copy to me of a letter signed by Kathleen Ahern, dated June 15, 2004 (referencing attached Insurance Policy) bearing preprinted identification of "OneBeacon Insurance Group".

**Exhibit E:** Copy of letter, jointly addressed to me, signed by Kathleen Ahern, dated June 28, 2004, bearing preprinted identification of "OneBeacon Insurance Group".

**Exhibit F:** Copy of a letter to me dated August 10, 2004, from Defendant's Attorney, Keith Aten, Esq., Littleton New Hampshire, containing the following admissions of fact: "This firm represents OneBeacon Insurance Group ("OneBeacon") with respect to the above-captioned claim." … "You should send documentation supporting your claim to Kathleen Ahern, OneBeacon Insurance Group Claims Department….". A "cc" of this correspondence to me was sent to "OneBeacon Insurance Group".

**Exhibit G:** Copy of a letter to me, dated September 13, 2005, from Defendant's Attorney, Keith Aten, Esq. containing the following sentence: "OneBeacon Insurance Group will adjust your claim under the Bodily Injury Liability coverage of the above-referenced policy". A "cc" of this correspondence to me was sent to "OneBeacon Insurance Group".

**Exhibit H:** Copy of a letter to me, dated October 12, 2004, from "Donna Cotter Claim Examiner" bearing a preprinted identification of **"OneBeacon Insurance Group Claims Department".**

**Exhibit I:** Copy of a letter to me, dated November 15, 2004, from Defendant's Attorney, Keith Aten, Esq., with a "cc" to "OneBeacon Insurance Group". Said letter enclosed a proposed Release for my signature, which Release is attached in its entirety to this Exhibit. Said letter states: "As you know, OneBeacon Insurance Group is in the process of settling James Laplante's uninsured motorist claim…". Further, a copy of this letter is sent, without enclosure "(w/o enc.)" to Donna Cotter, OneBeacon Insurance Group.

The proposed Release from Defendant attached to said letter, on Page 2 thereof, contains the following sentence: " I, further agree that CU YORK INSURANCE COMPANY **and/or** ONEBEACON INSURANCE GROUP upon the execution of this agreement is entitled to make an offer to and to pay James S. Laplante…". Page 3 of said proposed Release also contains the following provision: "I further acknowledge that CU YORK INSURANCE COMPANY **and/or** ONEBEACON INSURANCE GROUP is authorized to send…". Emphasis added to both quotes.

Finally, it is also provided on Page 3 of said proposed Release that "…the terms and conditions of this release and agreement are contractual and not a mere recital.".

Signed under the Pains and Penalties of Perjury this 1st Day of April, 2006:

/Joseph Laplante

**NOTARIZATION**

**State of Rhode Island and Providence Plantations**
**County of Providence**

In Providence, on 1st day of April 2006, appeared before me Joseph Laplante, known to me personally, and, upon being duly sworn and deposed as set forth above, swore that all statements of fact made herein are true, and that all copies of letters, checks, or other communications from Defendant and bearing its name, attached hereto as Exhibits, are genuine and true copies said documents received by him from Defendant in connection with a motor vehicle accident, occurring on February 23, 2003 which is the subject of this lawsuit.

Keven A. McKenna, Notary Public
My term Expires on 8/9/09