OneBeacon
INSURANCE

3/31/03

Certified Mail Return Receipt Requested

Joseph Laplante
217 Douglas Pike
No. Smithfield, RI 02917

| | | |
|---|---|---|
| Re.: | Our Insured: | Corrina Brown |
| | Claimant: | Joseph Laplante |
| | Date of Loss: | 2/23/03 |
| | Claim No.: | 0B6-00908Z |

Dear Mr. Laplante,

Please be advised I am the adjuster assigned to handle the above mentioned loss. I have attempting to reach by telephone regarding this matter. However as of this date I have been unsuccessful.

At this time I would like to respectfully request you contact me at (508) 549-8590. In order to properly investigate this accident, I would like to meet with you and obtain a statement regarding the facts and circumstances of this loss.

Thank you for your cooperation.

Sincerely,

Carl Kallenberg

Ex B