OneBeacon INSURANCE

Mail to: JOSEPH LAPLANTE
P.O.BOX 5678
MARLBORO MA 01752

OneBeacon INSURANCE

DETACH AND RETAIN THIS PORTION FOR YOUR RECORDS

**EXPLANATION OF PAYMENT** SL73181-4

PLEASE FORWARD ALL CORRESPONDENCE TO:
OneBeacon Insurance Group
ONE CONSTITUTION WAY
FOXBORO, MA 02035

508-549-8660

PAY TO: JOSEPH LAPLANTE

| | |
|---|---|
| DATE ISSUED: | 09/12/2005 |
| CHECK AMOUNT: | $300,000.00 |
| INSURED: | CORRINA BROWN |
| POLICY NO.: | Z263796 |
| DATE/LOSS: | 02/23/2003 |
| CLAIM NO.: | 0B6-00908Z-03-03 |
| CLAIM TYPE: | ABI (VT) |
| CLAIMANT: | LAPLANTE JOSEPH |
| ADJUSTER: | DONNA COTTER |

AGENT: FORD INSURANCE COMPANY
SUNSET FARM
SUNSET FARM
WOODSTOCK VT 05091

IN PAYMENT OF: FULL AND FINAL SETTLEMENT ALL CLAIMS

G5898 0901

OneBeacon INSURANCE

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND - NOT A WHITE BACKGROUND

09/12/2005 SL73181-4 51-44/119

PAY TO THE ORDER OF: JOSEPH LAPLANTE

ALL PAYEES MUST ENDORSE

AMOUNT

***$300,000.00

IN PAYMENT OF:FULL AND FINAL SETTLEMENT ALL CLAIMS

*Three hundred thousand and 00/100 Dollars*

FLEET NATIONAL BANK, HARTFORD, CONNECTICUT
NOT VALID AFTER 90 DAYS FROM ISSUE

INSURED: CORRINA BROWN
POLICY NO: Z263796
CLAIM NO: 0B6-00908Z-03-03
CLAIMANT: LAPLANTE JOSEPH
ADJUSTER: DONNA COTTER

LOSS DATE: 02/23/2003
CLM TYPE: ABI-VT

AUTHORIZED SIGNATURE

$10,000 OR OVER TWO SIGNATURES REQUIRED

EXC

OneBeacon
INSURANCE

"C"

#2

Mail to: JOSEPH LAPLANTE
BOSTON POST ROAD
PO BOX 5678
MARLBORO MA 01752

OneBeacon
INSURANCE

DETATCH AND RETAIN THIS PORTION FOR YOUR RECORDS

**EXPLANATION OF PAYMENT** **SD74769-5**

PLEASE FORWARD ALL CORRESPONDENCE TO:
OneBeacon Insurance Group
ONE CONSTITUTION WAY
FOXBORO, MA 02035

508-549-8660

PAY TO: JOSEPH LAPLANTE

| | |
|---|---|
| DATE ISSUED: | 05/23/2004 |
| CHECK AMOUNT: | $5,000.00 |
| INSURED: | CORRINA BROWN |
| POLICY NO.: | Z263796 |
| DATE/LOSS: | 02/23/2003 |
| CLAIM NO.: | 0B6-00908Z-03-06 |
| CLAIM TYPE: | AMP (VT) |
| CLAIMANT: | LAPLANTE JOSEPH |
| ADJUSTER: | KATHLEEN AHEARN |

AGENT: FORD INSURANCE COMPANY
SUNSET FARM
SUNSET FARM
WOODSTOCK VT 05091

IN PAYMENT OF: MEDICAL PAYMENTS COVERAGE
SERVICE DATES FROM 02/23/03 THRU 05/21/04

G5898 0901

EXC