# ATEN CLAYTON & EATON PLLC

*Attorneys at Law*

106 Main Street · Post Office Box 349
Littleton, New Hampshire 03561-0349

Keith T. Aten
Gregory S. Clayton
Gregory M. Eaton

Telephone: 603•444•4008
Fax: 603•444•6040
www.acetrial.com


August 10, 2004

Mr. Joseph Laplante
PO Box 5678
Marlboro, MA 01752

Re: Claim No. 0B600908Z
Date of Loss: 2/23/2003
Insured: Corrina Brown
Underwriting Company: York Insurance Company of Maine
Policy No. YMZ263796

Dear Mr. Laplante:

This firm represents OneBeacon Insurance Group ("OneBeacon") with respect to the above-captioned claim. OneBeacon is assessing the issues raised in your letter dated July 22, 2004 (received in the Foxboro Claims Office on July 27, 2004). If you are represented by counsel, please have your attorney contact me with questions about the status of this claim. Otherwise, you may direct your questions to me.

In the meantime, it would greatly assist OneBeacon in evaluating your claim if you will provide all relevant medical records and medical bills. Please be sure each medical bill you claim as part of your damages corresponds to a treatment record. Also, if you are claiming past or future lost income, please provide supporting documentation, including complete federal tax returns for the past seven years.

You should send has documentation supporting your claim to Kathleen Ahearn, OneBeacon Insurance Group Claims Department, P.O. Box 712, Foxboro, MA 02035. You may direct any other questions regarding the status of your claim to me.

Sincerely,

Keith Aten

Keith Aten

Ex F

cc: OneBeacon Insurance Group