ATEN CLAYTON & EATON PLLC

*Attorneys at Law*

106 Main Street · Post Office Box 349
Littleton, New Hampshire 03561-0349

Keith T. Aten
Gregory S. Clayton
Gregory M. Eaton

Telephone: 603•444•4008
Fax: 603•444•6040
www.acetrial.com

September 13, 2004

Mr. Joseph Laplante
PO Box 5678
Marlboro, MA 01752

Re: Claim No. 0B600908Z
Date of Loss: 2/23/2003
Insured: Corrina Brown
Underwriting Company: York Insurance Company of Maine
Policy No. YMZ263796

Dear Mr. Laplante:

This letter is in response to your telephone call of Friday, September 10, 2004, in which you inquired as to the status of your claim for injuries arising from the February 23, 2003 automobile accident. OneBeacon Insurance Group will adjust your claim under the Bodily Injury Liability Coverage of the above-referenced policy.

I remind you that in order to fairly assess your claim, OneBeacon needs complete documentation as previously requested. This documentation includes, among other items, a signed medical records release and, to the extent you are claiming lost wages, income tax returns.

If you have any further questions, please send those questions to me in writing.

Sincerely,

Keith Aten

Keith Aten

cc: OneBeacon Insurance Group

Ex G