OneBeacon
INSURANCE

October 12, 2004

Mr Joseph LaPlante
P.O.Box 5678
Marlboro, Ma 01752

**Claim Number:** **0B600908Z** BW14
Claimant: Joseph Laplante
Date of Loss: 02/23/2003
Insured: Corrina Brown
Underwriting Company: York Insurance Company of Maine
Policy Number: YMZ263796

Dear Mr LaPlante:

Please be advised I have sent your most recent package of medical documentation to Attorney Keith Aten for his review. Attorney Aten will be in contact with you shortly to discuss this further. I attempted to contact you by phone this afternoon to convey this to you however, your message on your answering machine is very garbled and as I was unsure if I had the correct home, I thought it best not to leave a message.

For your information, Attorney Aten can be reached at 603-444-4008.

Sincerely,

**Donna Cotter**
Claim Examiner
(800) 321-2721x8025

EX H