# ATEN CLAYTON & EATON PLLC

*Attorneys at Law*

106 Main Street · Post Office Box 349
Littleton, New Hampshire 03561-0349

Keith T. Aten
Gregory S. Clayton
Gregory M. Eaton

Telephone: 603•444•4008
Fax: 603•444•6040
www.acetrial.com


December 8, 2004

Mr. Joseph Laplante
PO Box 5678
Marlboro, MA 01752

Re: James Laplante
CU York Insurance Company Policy No. YM-Z263796F

Dear Mr. Laplante:

As you know, OneBeacon Insurance Group is in the process of settling James Laplante's uninsured motorist claim arising from the February 23, 2003 accident. The attorney representing OneBeacon on that claim, Attorney Russell Bengtson, asks whether you will sign a release confirming that you are not asserting an uninsured/underinsured motorist claim as a result of the accident. I understand that you are willing to sign such a release, and enclose a Release of Uninsured Motorist/Underinsured Motorist Claims ("Release") for your signature.

This letter confirms, that you are filing a claim against the liability coverage of the above-captioned policy, and that OneBeacon is in the process of adjusting that claim, and will continue to adjust that claim whether or not you sign this Release. Your signing the Release will assist OneBeacon in settling the uninsured motorist claim with James Laplante, and confirms that you are not and will not assert a claim against the uninsured/underinsured motorist coverage, but has no effect on your claim against the liability coverage of the CU York Insurance Company Policy. You should review this release with an attorney before you sign it. If you or your attorney have any questions about this issue, please call me.

Sincerely,

Keith Aten

Keith Aten

Enclosure

cc (w/o enc.): Donna Cotter, OneBeacon Insurance Group

cc (w/o enc.): C. Russell Bengtson, Esq.

Ex I

EX I

**RELEASE OF UNINSURED MOTORIST/UNDERINSURED MOTORIST CLAIMS**

WHEREAS, Joseph LaPlante (hereinafter "Joseph") is a resident of Marlboro, Massachusetts;

WHEREAS, on February 23, 2003, Joseph was a passenger in a 1978 Ford pickup truck (hereinafter "the Truck") owned and operated by his son, James S. LaPlante (hereinafter "James");

WHEREAS, the Truck being operated by James on the above referenced date was involved in a motor vehicle accident (hereinafter "the Accident");

WHEREAS, the Accident occurred on the Washington Highway, Route 116, so-called, in Lincoln, Rhode Island;

WHEREAS, by reason of the Accident, James sustained personal injuries;

WHEREAS, by reason of the Accident, Joseph sustained personal injuries;

WHEREAS, at the time of the Accident, the Truck owned and operated by James was insured under a policy of insurance issued by CU YORK INSURANCE COMPANY to Corrina Brown and the said James S. LaPlante, policy number YM-Z263796F (hereinafter referred to as the "Policy of Insurance");

WHEREAS, the Policy of Insurance contained bodily injury liability limits in the sum of Three Hundred Thousand Dollars ($300,000) per accident, and uninsured/underinsured motorist limits in the sum of Three Hundred Thousand Dollars ($300,000) per accident, as more fully set forth in that certain document entitled "MASTER DRIVER AUTOMOBILE POLICY DECLARATIONS", a copy of which is hereunto annexed as Exhibit A;

WHEREAS, James has made a claim and demand for uninsured motorist benefits under the Policy of Insurance and arising from the Accident;

WHEREAS, Joseph has made a claim for bodily injury liability benefits against James alleging that James was solely responsible for the injuries that Joseph sustained in the Accident;

WHEREAS, Joseph is not presently, nor will in the future, make a claim for uninsured motorist benefits nor underinsured motorist benefits under the Policy of Insurance;

WHEREAS, Joseph acknowledges that James is solely entitled to receive the entire uninsured motorist/underinsured motorist policy limit of Three Hundred Thousand Dollars ($300,000) under the Policy of Insurance; and

WHEREAS, Joseph hereby acknowledges that if he were to make a claim for uninsured/underinsured motorist benefits under the Policy of Insurance, it would reduce those funds available to pay the claim asserted by his son, James, and, further, that it is Joseph's specific desire that all of the uninsured/underinsured motorist benefits under the Policy of Insurance should be paid to his son, James;

NOW, THEREFORE, I Joseph LaPlante for the consideration noted above, do hereby remise, release and forever discharge CU YORK INSURANCE COMPANY and their past, present and future officers, directors, stockholders, attorneys, agents, servants, representatives, employees, subsidiaries, affiliates, partners, predecessors and successors in interest, insurers and assigns and to any other persons, firms or corporations, whether now known or unknown, named or unnamed, from any and all obligations under the uninsured motorist/underinsured motorist provisions of policy number YM-Z263796F issued to Corrina Brown and James S. LaPlante.

I, further agree that CU YORK INSURANCE COMPANY and/or ONEBEACON INSURANCE GROUP upon the execution of this agreement is entitled to make an offer to and to pay James S. LaPlante the sum of Three Hundred Thousand Dollars ($300,000) and that the aforementioned payment will extinguish all obligations of the said CU YORK INSURANCE

COMPANY to make any further payments under the uninsured/underinsured motorist provisions of the policy of insurance. I further acknowledge that CU YORK INSURANCE COMPANY and/or ONEBEACON INSURANCE GROUP is authorized to send to the attorney of James S. LaPlante the letter hereunto annexed as Exhibit B.

The undersigned, Joseph LaPlante hereby agrees, declares and represents that no promise, inducement or agreement not herein expressed has been made to him and that this release contains the entire agreement between the parties hereto, that he understands the terms and conditions of this release and agreement and that the terms of this release and agreement are contractual and not a mere recital.

Signed and sealed this ___________ day of November, 2004.

_________________________________
JOSEPH LAPLANTE

COMMONWEALTH OF MASSACHUSETTS
COUNTY OF ______________________

On this __________ day of November, 2004, before me personally appeared Joseph LaPlante known to me to be the person described herein who executed the foregoing instrument and he acknowledged that he voluntarily executed the same.

_________________________________
NOTARY PUBLIC
My Commission Expires: ___________

# MASTER DRIVER AUTOMOBILE POLICY DECLARATIONS

OneBeacon INSURANCE

**POLICY NUMBER** YM-Z263796F

**COMPANY** CU YORK INSURANCE COMPANY

**POLICY PERIOD**

From 08-29-2002 to 08-29-2003
AT 12:01 AM STANDARD TIME

**NAMED INSURED**

CORRINA BROWN
JAMES S LAPLAN
PO BOX 909
QUECHEE VT 05059

**YOUR AGENT IS**

4412004-00
FORD INSURANCE COMPANY
SUNSET FARM
WOODSTOCK EAST VT 05091
(802) 457-1811

**TRANSACTION**

RENEWAL POLICY

**PAYMENT PLAN**

DIRECT BILLED

Includes Copyrighted Material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Services Office, Inc., 1988-2003

MDD1B

Dear Policyholder:

FORD INSURANCE COMPANY and CU YORK INSURANCE COMPANY are pleased to present you with your automobile renewal insurance policy.

A bill for your premium is being sent to you separately advising you of the minimum payment due and the premium due date.

Thank you for letting us be of service and if you have any questions, please contact FORD INSURANCE COMPANY at (802) 457-1811.

PLLTR

## BASIC POLICY COVERAGES

| COVERAGES | LIMITS OF LIABILITY |
|---|---|
| BI LIABILITY - INCLUDES PROPERTY DAMAGE | $300,000 EACH ACCIDENT |
| MEDICAL PAYMENTS | $5,000 EACH PERSON |
| UNINSURED MOTORIST BODILY INJURY LIABILITY | $300,000 EACH ACCIDENT |
| UNINSURED MOTORIST PROPERTY DAMAGE | INCLUDED IN UNINSURED MOTORIST LIABILITY |
| UNDERINSURED MOTORIST LIABILITY | INCLUDED IN UNINSURED MOTORIST LIABILITY |

*Please refer to the following sections for detailed information on vehicles, operators, and deductibles.*

MDD2



EXHIBIT
A

Kevin A. McKenna, Esquire
23 Acorn Street
Providence, RI 02903

| | |
|---|---|
| **Claim Number:** | **0B600908Z** BL 03 |
| Date of Loss: | 02/23/2003 |
| Insured: | Corrina Brown |
| Underwriting Company: | York Insurance Company of Maine |
| Policy Number: | YMZ263796 |

Dear Mr. McKenna:

This letter is in furtherance of my letter to you dated ___________________. I now have a signed release and agreement executed by Joseph LaPlante wherein he releases CU YORK INSURANCE COMPANY from any obligations under the uninsured motorist/underinsured motorist policy limits under that certain policy of insurance issued by CU YORK INSURANCE COMPANY to Corrina Brown and James S. LaPlante, policy number YM-Z263796F.

Therefore, I am authorized to extend to you the sum of $300,000 which represents the entire coverage under the aforementioned policy. I am also enclosing a release for your client's signature.

If you have any questions please call me.

Very truly yours,

DONNA M. COTTER

EXHIBIT