UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES P. LAPLANTE

v. CA 05-496 ML

ONEBEACON INSURANCE GROUP

ORDER

On April 3, 2006, Plaintiff filed a Motion for Summary Judgment with a supporting Memorandum of Law. Plaintiff has not complied with LR Cv. 56(a) in that he has failed to file a Statement of Undisputed Facts. Plaintiff is hereby ordered to file a Statement of Undisputed Facts as set forth in LR Cv. 56(a)(1-4) on or before May 19, 2006.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
May 9 , 2006