UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **James P. Laplante**<br>**Plaintiff**<br>**Vs.**<br>**OneBeacon Insurance Group**<br>**Defendant** | : | **C.A. No. 05-496 ML** |

## PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS

Now comes the Plaintiff, who has objected to the removal of his case by the Defendant, OneBeacon Insurance Group, from the Kent County Superior Court of the State of Rhode Island to the U.S. District Court for the State of Rhode Island, this Honorable Court, having converted such removal to a Summary Judgment Motion, and presents his statement of Undisputed Fact, in accordance with LR Cv. 56 (a)(1-4), based upon the Plaintiff's verified complaint, affidavits, depositions and admissions, and admissions of the Defendant's counsel, even though the Defendant, as the movant of the original petition to remove, has not presented any undisputed facts or disputed facts, pursuant to LR Cv. 56 (a)(1-4), in accordance with the duty of the Defendant to meet the burden of proof for having petitioned for removal.

### I. UNDISPUTED FACTS:

1) On November 11, 2005 the above-entitled complaint was filed in the Rhode Island Kent County Superior Court.
2) The Plaintiff in this matter, now C.A. No. 05-496 ML, is James LaPlante.
3) The Plaintiff, James P. Laplante and his co-insured Corrina Brown, had a single one- year automobile insurance contract (Policy Number YM-Z263796F) for three (3) separately listed vehicles with three (3) separate

premiums for uninsured coverage and medical payments coverage for the term August 29, 2002 through August 29, 2003.

4) The Defendant is this matter, now C.A. No.05-496 ML is "OneBeacon Insurance Group"

5) On or about November 30, 2005, Defendant, "OneBeacon Insurance Group" entered its appearance in this U.S. District Court, and under name of the OneBeacon Group Insurance Group, and petitioned to remove to this U.S. District Court from the R.I. Kent County Superior Court, the action entitled, James P. Laplante v. OneBeacon Insurance Group, C.A. No. K.C. 1019.

6) In its Notice of Removal, Paragraph 3, "OneBeacon Insurance Group" averred that "The **defendant** and the plaintiff are **citizens of different states,** and there is complete diversity with the meaning of Title 28 U.S.C. Section 1332".

7) The Defendant "**OneBeacon Insurance Group" is not a citizen of any state.**

8) Subsequent to its removal petition, "OneBeacon Insurance Group" has filed motion to dismiss itself as a Defendant.

9) "OneBeacon Insurance Group" is not a corporation.

10) "OneBeacon Insurance Group" is not a limited liability corporation.

11) "OneBeacon Insurance Group, LLC, does not sell insurance. (Depo, Dennis Smith, Page 23, lines 13 and 14 of the complete deposition which is attached as Exhibit A.).

12) "OneBeacon Insurance Group" is not a partnership.

13) "OneBeacon Insurance Group" is not a person.

14) "OneBeacon Insurance Group" is an entity which advertises the sale of automobile insurance on its website.

15) "OneBeacon Insurance Group" has advertised for the hiring of personal in the name of "OneBeacon Insurance Group." (See Deposition Exhibits)

16) OneBeacon Insurance Group" has issued press releases that it has appointed a various officers "OneBeacon Insurance Group." (See Deposition Exhibits.)

17) "OneBeacon Insurance Group" is a registered trademark.

18) Premium checks written to "OneBeacon Insurance Group" for the Plaintiff has been cashed. (Plaintiff's Affidavits.)

19) "OneBeacon Insurance Group" has issued payment checks in its name regarding claims made under the policy issued to James Laplante.

20) The name "OneBeacon Insurance Group" is imprinted on each page of the Plaintiff's automobile insurance policy, which is the subject of this litigation.

21) The logo of "OneBeacon Insurance Group" is imprinted on each page of Plaintiff's automobile insurance policy, which is the subject of this litigation.

22) "OneBeacon Insurance Group" has pre-printed letterhead with the name of OneBeacon Insurance Group imprinted.

23) OneBeacon Insurance Group" has mailed letters to the Plaintiff on its pre-printed letterheads information involving the claim of the Plaintiff.

24) The persons who denied the claim of the Plaintiff were physically located in Foxboro, Massachusetts.

25) The persons who wrote letters to the Plaintiff regarding the denial of his claim for stacking of his insurance premiums wrote their letters to the Plaintiff on

pre-printed letterheads of OneBeacon Insurance Group, which stated that OneBeacon Insurance Group was located in Foxboro, Massachusetts.

26) "OneBeacon Insurance Group" on its preprinted letterhead has denied the claim of the Plaintiff for the stacking of his three (3) insurance premiums.

27) "OneBeacon Insurance Group" has authorized attorneys to represent itself by the entry of their general appearance in litigation involving "OneBeacon Insurance Group."

28) "OneBeacon Insurance Group was also Defendant in this Honorable U.S. District Court for the District of Rhode Island in the matter of The Beacon Mutual Insurance Company v. OneBeacon Insurance Group, C.A.01-354 S., Beacon Mutual Ins. Co. v. OneBeacon Ins. Group, 290 F. Supp. 2d 241 (D.R.I. 2003), *Beacon Mut. Ins. Co. v. OneBeacon Ins. Group*, 376 F.3d 8, 16 (1st Cir.2004).

29) "OneBeacon Insurance Group", formerly known as CGU Insurance, adopted its current name, and began using a lighthouse logo as well, in June 2001. The Beacon Mutual Insurance Company v. OneBeacon Insurance Group, id.

30) OneBeacon Insurance Group, (formerly known as "CGU Insurance") was sold to White Mountains Insurance Group, Ltd. ("White Mountains") in 2001.

31) "OneBeacon Insurance Group" adopted its current name and lighthouse logo in connection with the sale in 2001 to White Mountains, Ltd. The Beacon Mutual Insurance Company v. OneBeacon Insurance Group, id.

32) On July 15, 2005 the Honorable U.S. District Court for the District of Rhode Island, U.S. Court Judge, William E. Smith, presiding, in the matter of the

Beacon Mutual Insurance Company v. OneBeacon Insurance Group, C.A. 01-345 enjoined Defendant OneBeacon Insurance Group from using the OneBeacon name and lighthouse logo, also reported in Rhode Island. Beacon Mut. Ins. Co. v. OneBeacon Ins. Corp(sic) 376 F.Supp.2d 251, 266, 267, 75 U.S.P.Q.2d 1409.(U.S. D.C. R.I.-July 15, 2005 U.S.D.C. ).

33) "OneBeacon Insurance Group" is a juridical entity.

34) OneBeacon Insurance Group is an insurance group, which does business as "OneBeacon Insurance Group."

35) "According to the Website of OneBeacon Insurance, it is "headquartered in Boston, Massachusetts, the companies comprising the OneBeacon Insurance Group provide property-casualty and select specialty insurance solutions."

36) "OneBeacon Insurance Group" is a group of insurers, re-insurers, and holding companies, which are indirectly and directly owned by White Mountains Insurance Group, Ltd, which is an holding company, which is located in Bermuda, and is listed on the New York Stock Exchange.

37) One or more of the individual member companies making up the group known as the OneBeacon Insurance Group operate in all 50 states and are licensed in all 50 states plus the District of Columbia. (Deposition, Dennis Smith, 2/21/2006, Page 10, lines5-8.).

38) The members of "OneBeacon Insurance Group" share overhead services. ((Dennis Smith, Page 38, lines 25, Page 39, lines 1-6 February 21,2006.).

39) All of the people who work for the OneBeacon Insurance Group are employed by OneBeacon Insurance Company. (Dennis Smith, Page 41, lines 20-22, February 21,2006.).

40) According to the website of OneBeacon Insurance on February 14, 2006, and of the testimony of Dennis Smith on February 21, 2006, the following is a list of insurance companies which been members of OneBeacon Insurance Group: York Insurance Company of Maine, (Depo, Smith, P.11, lines 17-19.), OneBeacon Insurance Company, (Depo, Smith, page 37, lines, 8,9,10),OneBeacon Insurance Group, LLC, American Central Insurance Company, American Employers' Insurance Company, Western States Insurance Company, the Camden Fire Insurance Association, PG Insurance Company of New York, OneBeacon American Insurance Company, OneBeacon Midwest Insurance Company, Massachusetts Homeland Insurance Company, OneBeacon Lloyd's of Texas, The Employers' Fire Insurance Company, Farmers and Merchants Insurance Company, Homeland Insurance Company of New York, Pennsylvania General Insurance Company, Esurance Property & Casualty Insurance Company, General Assurance Company, Homeland Central Insurance Company, General Insurance Company, Midwestern Insurance Company, Houston General Lloyds, National Farmers Union Property and Casualty Company, The Northern Assurance Company of America, Potomac Insurance Company, Potomac Insurance Company of Illinois, Traders & Pacific Insurance Company, Esurance Insurance Company, and, United Security Insurance Company. "All

of these companies at one time were within our group" (Dennis Smith Deposition at Page 11, lines 14 and 15.)

41) The Defendant "OneBeacon Insurance Group" is a "group made up of individual underwriting companies that write insurance under common ownership." (Dennis Smith Deposition at Page 12, lines 3-5)

42) The employees of OneBeacon Insurance Company, a Pennsylvania corporation, a member of "OneBeacon Insurance Group," provide legal and claim adjusting services for the members of "OneBeacon Insurance Group", a financial reporting division of White Mountain Insurance Group, Ltd, which conducts insurance operations. (Smith Deposition, Page 41.20-23, Page 42, lines 1-12.).

43) Writing on behalf of OneBeacon Insurance Group, employees of OneBeacon Insurance Company, a Pennsylvania Corporation, on the letterhead of OneBeacon insurance Group, denied the claims of the Plaintiff.

44) In exchange for the one hundred percent of ceding of its premium revenue and its authority to decide claims, York Insurance Company of Maine, a member of the One Beacon Insurance Group cedes its income from premiums and its claim expenses, its authority to decide claims to OneBeacon Insurance, another member of the OneBeacon Insurance Group.

45) York Insurance Company of Maine, a member of OneBeacon Insurance Group, for the benefit of the members of "OneBeacon Insurance Group", and White Mountains Insurance Group, Ltd, underwritten the insurance policy provided to the Plaintiff.

46) The Defendant, "OneBeacon Insurance Group" is not a parent corporation, which owns subsidiary corporations.

47) According to the Defendant's attorney in his most recent memorandum, York Insurance Company of Maine is a wholly owned subsidiary of OneBeacon American Insurance Company, A Massachusett corporation, which is a wholly owned subsidiary of OneBeacon Insurance Company, a Pennsylvania corporation, which is, in turn, a wholly owned subsidiary of OneBeacon Insurance Group, LLC.

48) One Beacon Insurance Group, LLC is a member of OneBeacon Insurance Group, whose members are either directly or indirectly owned and control by White Mountains Insurance Group, Ltd.

49) OneBeacon Insurance Group, LLC is not a party to this litigation.

50) OneBeacon Insurance Company, a Pennsylvania corporation, is not a party to this litigation.

51) York Insurance Company of Maine is not a party to this litigation.

52) Members of the Defendant, OneBeacon Insurance Group, through the employees of OneBeacon Insurance Company, have adjusted and denied the claim of the Plaintiff, have received the premium checks written to OneBeacon Insurance Group on behalf of the Plaintiff, have printed and delivered the insurance contract of the Plaintiff, and have issued settlement checks on behalf of OneBeacon Insurance Group, and its members for the benefit of the Plaintiff.

53) Members of OneBeacon Insurance Group are owned, directly and indirectly, by White Mountains Insurance Group, Ltd.

54) OneBeacon Insurance Group is an association of insurance members whose actions are for the mutual benefit of all its members and whose finances are consolidated for reporting purposes as a group by White Mountains Insurance Group, Ltd..

Respectfully Submitted,
Plaintiff'
By His Attorneys

Keven A. McKenna, #662
Keven A. McKenna, P.C.
23 Acorn Street
Providence, R.I. 02903
401 273-8200 Tel
401 521-5820 Fax
KevenM@McKennalaw.cc

**CERTIFICATION**

I, the undersigned, hereby certify that on the 19 day of May, 2006, I mailed a copy of the within Statement of Undisputed Facts, prepaid, to the Attorney of OneBeacon Insurance, C. Russell Bengsten, Carroll, Kelly & Murphy, Counselors at Law, One Turks Head Place, Suite 400, Providence, R.I. 02903.