UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES P. LAPLANTE | : | |
| | : | |
| vs. | : | C.A. No. 05-496 ML |
| | : | |
| OneBEACON INSURANCE GROUP | : | |

DEFENDANT'S RESPONSE TO
PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS

Defendant, OneBeacon Insurance Group hereby responds to the Plaintiff's Statement of Undisputed Facts and files contemporaneously herewith its own Statement of Undisputed Facts in support of the Defendant's Motion for Summary Judgment on the issue of dismissal of OneBeacon Insurance Group from this action and in support of its Objection to the plaintiff's Motion to Remand.

As a preliminary matter, the Defendant objects to the Plaintiff's Statement of Undisputed Facts on the grounds that the Statement does not comply with Local Rule 56(a)(2) which requires, inter alia, that each fact "shall be set forth in a separate, numbered paragraph and shall identify the evidence establishing that fact . . .". Many of the Plaintiff's numbered paragraphs contain multiple facts and most have no citation to any evidence or other authority for the statement.

Responding specifically to the plaintiff's numbered paragraphs, the Defendant states as follows:

1. On November 11, 2005 the above-entitled complaint was filed in the Rhode Island Kent County Superior Court.

**RESPONSE**: Admitted.

2. The Plaintiff in this matter, now C.A. No. 05-496 ML, is James LaPlante.

**RESPONSE**: Admitted.

3. The Plaintiff, James P. Laplante and his co-insured Corrina Brown, had a single one- year automobile insurance contract (Policy Number YM-Z263796F) for three (3) separately listed vehicles with three (3) separate premiums for uninsured coverage and medical payments coverage for the term August 29,2002 through August 29, 2003.

**RESPONSE**: Denied. The policy in issue was the third renewal of the policy. See Exhibit A to the Affidavit of S. Schroeder.

4. The Defendant in this matter, now CA. No.05-496 ML is "OneBeacon Insurance Group".

**RESPONSE**: Admitted that this is the name that has been mis-stated by the plaintiff. Denied that OneBeacon Insurance Group is an entity of any kind. D. Smith Affidavit ¶. 5. The defendant further asserts that since OneBeacon Insurance Group is not an entity of any kind, the only entity to which the plaintiff can be referring is OneBeacon Insurance Group, LLC.

5. On or about November 30, 2005, Defendant, "OneBeacon Insurance Group" entered its appearance in this U.S. District Court, and under name of the OneBeacon Group Insurance Group, and petitioned to remove to this U.S. District Court from the R.I. Kent County Superior Court, the action entitled, James P. Laplante v. OneBeacon Insurance Group, C.A No. K.C. 1019.

**RESPONSE**: Admitted.

6. In its Notice of Removal, Paragraph 3, "OneBeacon Insurance Group" averred that "The **defendant** and the plaintiff are **citizens of different states**, and there is complete diversity with the meaning of Title 28 U.S.C. Section 1332".

**RESPONSE**: Admitted.

7. The Defendant "**OneBeacon Insurance Group" is not a citizen of any state**.

**RESPONSE**: Admitted that OneBeacon Insurance Group is not an entity, is a trade name and is therefore is not a citizen of any state. D. Smith Affidavit ¶5. Denied that OneBeacon Insurance Group, LLC is not a citizen of any state. D. Smith Affidavit ¶2.

8. Subsequent to its removal petition, "OneBeacon Insurance Group" has filed motion to dismiss itself as a Defendant.

**RESPONSE**: Admitted.

9. "OneBeacon Insurance Group" is not a corporation.

**RESPONSE**: Admitted.

10. "OneBeacon Insurance Group" is not a limited liability corporation.

**RESPONSE**: Admitted that OneBeacon Insurance Group is not an entity of any kind. Denied that OneBeacon Insurance Group, LLC is not a limited liability company. D. Smith Affidavit ¶2 and 5.

11. "OneBeacon Insurance Group, LLC, does not sell insurance. (Depo, Dennis Smith, Page 23, lines 13 and 14 of the complete deposition which is attached as Exhibit A).

**RESPONSE**: Admitted.

12. "OneBeacon Insurance Group" is not a partnership.

**RESPONSE**: Admitted that OneBeacon Insurance Group is not a partnership.

13. "OneBeacon Insurance Group" is not a person.

**RESPONSE**: Admitted.

14. "OneBeacon Insurance Group" is an entity which advertises the sale of automobile insurance on its website.

**RESPONSE**: Denied that OneBeacon Insurance Group is an entity and denied that it takes action such as advertising. D. Smith Affidavit ¶5.

15. "OneBeacon Insurance Group" has advertised for the hiring of personal in the name of "OneBeacon Insurance Group." (See Deposition Exhibits).

**RESPONSE**: Denied that OneBeacon Insurance Group is an entity and denied that it takes action such as advertising. D Smith Affidavit ¶5 and D. Smith Transcript p. 63, line 15 – p. 64, line 5.

16. OneBeacon Insurance Group" has issued press releases that it has appointed a various officers "OneBeacon Insurance Group." (See Deposition Exhibits.)

**RESPONSE**: Denied that OneBeacon Insurance Group is an entity and denied that it takes action such as issuing press releases. D. Smith Affidavit ¶5, D. Smith Transcript p. 55, line 21 – p. 56, line 6 and p. 63, line 15 – p. 64, line 5.

17. "OneBeacon Insurance Group" is a registered trademark.

**RESPONSE**: Admitted that it is a trademark and trade name.

18. Premium checks written to "OneBeacon Insurance Group" for the Plaintiff has been cashed. (Plaintiffs Affidavits.)

**RESPONSE**: Admitted that the premium for the renewal insurance policy in issue in this litigation has been paid. This defendant has no knowledge, and no evidence has been elicited in this action, as to how the payment was made or how any checks, if payment was made by check, were made out.

19. "OneBeacon Insurance Group" has issued payment checks in its name regarding claims made under the policy issued to James Laplante.

**RESPONSE**: Admitted that the employees of OneBeacon Insurance Company, who have been active in adjusting the plaintiff's claim, issued settlement checks to Joseph LaPlante bearing the logo of OneBeacon Insurance on the checks and OneBeacon Insurance Group on the "explanation of payment" form above the check. Denied that OneBeacon Insurance Group appears on the checks. Exhibit C to James LaPlante's Affidavit. Denied that OneBeacon Insurance Group is an entity and denied that it takes action such as issuing checks. D. Smith Affidavit ¶5.

20. The name "OneBeacon Insurance Group" is imprinted on each page of the Plaintiffs automobile insurance policy, which is the subject of this litigation.

**RESPONSE**: Denied. The name "OneBeacon Insurance" appears on each page of the policy. Exhibit A to the Schroeder Affidavit.

21. The logo of "OneBeacon Insurance Group" is imprinted on each page of Plaintiffs automobile insurance policy, which is the subject of this litigation.

**RESPONSE**: Denied. The logo "OneBeacon Insurance" appears on each page of the policy. Exhibit A to the Schroeder Affidavit.

22. "OneBeacon Insurance Group" has pre-printed letterhead with the name of OneBeacon Insurance Group imprinted.

**RESPONSE**: Denied that OneBeacon Insurance Group is an entity and denied that it takes action such as having pre-printed letterhead. D. Smith Affidavit ¶5.

23. OneBeacon Insurance Group" has mailed letters to the Plaintiff on its pre-printed letterheads information involving the claim of the Plaintiff.

**RESPONSE**: Denied that OneBeacon Insurance Group is an entity and denied that it takes action such as mailing letters to the plaintiff. D. Smith Affidavit, ¶5.

24. The persons who denied the claim of the Plaintiff were physically located in Foxboro, Massachusetts.

**RESPONSE**: Admitted that the employees of OneBeacon Insurance Company, who have been active in adjusting the plaintiff's claim, are located in Foxboro, Massachusetts.

25. The persons who wrote letters to the Plaintiff regarding the denial of his claim for stacking of his insurance premiums wrote their letters to the Plaintiff on pre-printed letterheads of OneBeacon Insurance Group, which stated that OneBeacon Insurance Group was located in Foxboro, Massachusetts.

**RESPONSE**: Admitted that the employees of OneBeacon Insurance Company, who have been active in adjusting the plaintiff's claim, communicated with him in writing using letterhead bearing the trade name of OneBeacon Insurance Group.

26. "OneBeacon Insurance Group" on its preprinted letterhead .has denied the claim of the Plaintiff for the stacking of his three (3) insurance premiums.

**RESPONSE**: Denied that OneBeacon Insurance Group is an entity and denied that it takes action such as denying the plaintiff's claim. D. Smith Affidavit ¶5.

27. "OneBeacon Insurance Group" has authorized attorneys to represent itself by the entry of their general appearance in litigation involving "OneBeacon Insurance Group."

**RESPONSE**: Objection. This statement concerns matters that are protected by the attorney/client privilege. Without waiving said objection, denied that OneBeacon Insurance Group is an entity and denied that it takes action such as retaining counsel. D. Smith Affidavit, ¶5.

28. "OneBeacon Insurance Group was also Defendant in this Honorable U.S. District Court for the District of Rhode Island in the matter of The Beacon Mutual Insurance Company v. OneBeacon Insurance Group, C.A.01-354 S., Beacon Mutual Ins. Co. v. OneBeacon Ins. Group, 290 F. Supp. 2d 241 (D.R.I. 2003), Beacon Mut.Ins. Co. v. OneBeacon Ins. Group, 376 F.3d 8, 16 (1st Cir.2004).

**RESPONSE**: Admitted that the trade name, OneBeacon Insurance Group, was the subject of the described litigation and that as such, the trade name was the named defendant.

29. "OneBeacon Insurance Group", formerly known as CGU Insurance, adopted its Current name, and began using a lighthouse logo as well, in June 2001. The Beacon Mutual Insurance Company v. OneBeacon Insurance Group, id.

**RESPONSE**: Admitted that this is stated in the referenced case.

30. OneBeacon Insurance Group, (formerly known as "CGU Insurance") was sold to White Mountains Insurance Group, Ltd. ("White Mountains") in 2001.

**RESPONSE**: Admitted that this is stated in the referenced case.

31. "OneBeacon Insurance Group" adopted its Current name and lighthouse logo in connection with the sale in 2001 to White Mountains, Ltd. The Beacon Mutual Insurance Company v. OneBeacon Insurance Group, id.

**RESPONSE**: Admitted that this is stated in the referenced case.

32. On July 15, 2005 the Honorable U.S. District Court for the District of Rhode Island, U.S. Court Judge, William E. Smith, presiding, in the matter of the Beacon Mutual Insurance Company v. OneBeacon Insurance Group, C.A. 01-345 enjoined Defendant OneBeacon Insurance Group from using the OneBeacon name and lighthouse logo, also reported in Rhode Island. Beacon Mut. Ins. Co. v. OneBeacon Ins. Corp(sic) 376 F.Supp.2d 251,266,267, 75 u.S.P.Q.2d 1409.(U.S. D.C. R.I. July 15, 2005 D.S.D.C.).

**RESPONSE**: Admitted that this is stated in the referenced case insofar as it relates to the use of the trademark and logo in the state of Rhode Island.

33. "OneBeacon Insurance Group" is a juridical entity.

**RESPONSE**: Denied. Denied that OneBeacon Insurance Group is an entity of any kind. D. Smith Affidavit ¶5.

34. OneBeacon Insurance Group is an insurance group, which does business as "OneBeacon Insurance Group."

**RESPONSE**: Denied that OneBeacon Insurance Group is an entity and denied that it takes action such as doing business. Smith Affidavit ¶5.

35. "According to the Website of OneBeacon Insurance it is "headquartered in Boston, Massachusetts, the companies comprising the OneBeacon Insurance Group provide property-casualty and select specialty insurance solutions."

**RESPONSE**: Denied that there is an entity known as OneBeacon Insurance and denied that OneBeacon Insurance, so-called, maintains a web-site. Smith Affidavit ¶5. Admitted that the companies comprising OneBeacon Insurance Group, LLC provide property-casualty and select specialty insurance.

36. "OneBeacon Insurance Group" is a group of insurers, re-insurers, and holding companies, which are indirectly and directly owned by White Mountains Insurance Group, Ltd, which is an holding company, which is located in Bermuda, and is listed on the New York Stock Exchange.

**RESPONSE**: Admitted that the trade name of OneBeacon Insurance Group is used as a shorthand method of referring to all of the companies OneBeacon Insurance Group, LLC owns as a group. Admitted that some of the companies owned by OneBeacon Insurance Group, LLC include insurance companies, re-insurance companies and holding companies. Admitted that OneBeacon Insurance Group, LLC is ultimately owned (through other intermediate holding companies that are not part of the OneBeacon Insurance Group) by White Mountains Insurance Group, Ltd., a Bermuda company. D. Smith Transcript p. 42, line 15 – page 44, line 1. This defendant does not know whether White Mountains Insurance Group, Ltd. is listed on the New York Stock Exchange.

37. One or more of the individual member companies making up the group known as the OneBeacon Insurance Group operate in all 50 states and are licensed in all 50 states plus the District of Columbia. (Deposition, Dennis Smith, 2/21/2006, Page 10, lines5-8.).

**RESPONSE**: Admitted that one or more of the companies in the OneBeacon Insurance Group are licensed in all 50 states plus D.C. Denied that one or more of the individual member companies making up the group known as the OneBeacon Insurance Group "operate" in all 50 states. D. Smith Transcript, p. 10, lines 5-8.

38. The members of "OneBeacon Insurance Group" share overhead services. (Dennis Smith, Page 38, lines 25, Page 39, lines 1-6 February 21,2006.).

**RESPONSE**: Denied that the transcript citations cited by the plaintiff support the statement. D. Smith Transcript, p. 38, line 5-12. Admitted that the individual companies owned by OneBeacon Insurance Group, LLC,

which together comprise the members of OneBeacon Insurance Group trade name, share services. D. Smith Affidavit p. 37, line 23 – p. 38, line 4.

39. All of the people who work for the OneBeacon Insurance Group are employed by OneBeacon Insurance Company. (Dennis Smith, Page 41, lines 20-22, February 21, 2006.).

**RESPONSE**: Admitted that all of the people who work for the companies comprising the OneBeacon Insurance Group are employed by OneBeacon Insurance Company. D. Smith Transcript p. 41, line 20 – p. 42, line 14. Denied that OneBeacon Insurance Group is an entity. D. Smith Affidavit ¶5.

40. According to the website of OneBeacon Insurance on February 14, 2006, and of the testimony of Dennis Smith on February 21,2006, the following is a list of insurance companies which been members of OneBeacon Insurance Group: York Insurance Company of Maine, (Depo, Smith, P.11, lines 17-19.), OneBeacon Insurance Company, (Depo, Smith, page 37, lines, 8,9,IO),OneBeacon Insurance Group, LLC, American Central Insurance Company, American Employers' Insurance Company, Western States Insurance Company, the Camden Fire Insurance Association, PG Insurance Company of New York, OneBeacon American Insurance Company, OneBeacon Midwest Insurance Company, Massachusetts Homeland Insurance Company, OneBeacon Lloyd's of Texas, The Employers' Fire Insurance Company, Farmers and Merchants Insurance Company, Homeland Insurance Company of New York, Pennsylvania General Insurance Company, Esurance Property & Casualty Insurance Company, General Assurance Company, Homeland Central Insurance Company, General Insurance Company, Midwestern Insurance Company, Houston General Lloyds, National Farmers Union Property and Casualty Company, The Northern Assurance Company of America, Potomac Insurance Company, Potomac Insurance Company of Illinois, Traders & Pacific Insurance Company, Esurance Insurance Company, and, United Security Insurance Company. "All of these companies at one time were within out group" (Dennis Smith Deposition at Page 11, lines 14 and 15.)

**RESPONSE**: Denied that there is an entity known as OneBeacon Insurance and denied that OneBeacon Insurance, so-called, maintains a web-site. Smith Affidavit ¶5. Denied that General Insurance Company is or was within the OneBeacon Insurance Group. Exhibit 2 to the deposition of D. Smith which contains the list of companies to which this Statement and the referenced deposition testimony refer, does not include a company known as General Insurance Company. Admitted that as to the balance of the companies listed, Mr. Smith testified that the companies were "at one time" within the group. D. Smith Transcript p. 11, lines 6-16.

41. The Defendant "OneBeacon Insurance Group" is a "group made up of individual underwriting companies that write insurance under common ownership." (Dennis Smith Deposition at Page 12, lines 3-5).

**RESPONSE**: Admitted.

42. The employees of OneBeacon Insurance Company, a Pennsylvania corporation, a member of "One Beacon Insurance Group," provide legal and claim adjusting services for the members of "OneBeacon Insurance Group", a financial reporting division of White Mountain Insurance Group, Ltd, which conducts insurance operations. (Smith Deposition, Page 41.20-23, Page 42, lines 1-12.).

**RESPONSE**: Denied that the transcript citations cited by the plaintiff support any of the numerous statements contained in this paragraph. Admitted that OneBeacon Insurance Company, which is a Pennsylvania company, is a member of OneBeacon Insurance Group. Admitted that employees of OneBeacon Insurance Company provide some legal and claim adjusting services for some of the members of OneBeacon Insurance Group. Denied that OneBeacon Insurance Group is an entity and denied that it takes action such as conducting insurance operations. D. Smith Affidavit ¶5. Denied that OneBeacon Insurance Group is a "financial reporting division" of White Mountain Insurance Group, Ltd. since the defendant does not know what this means or to what it refers and OneBeacon Insurance Group is a trade name covering all its members. D. Smith Transcript p. 37, lines 23-24.

43. Writing on behalf of OneBeacon Insurance Group, employees of OneBeacon Insurance Company, a Pennsylvania Corporation, on the letterhead of OneBeacon insurance Group, denied the claims of the Plaintiff.

**RESPONSE**: Admitted that the employees of OneBeacon Insurance Company, a Pennsylvania corporation, who have been active in adjusting the plaintiff's claim, communicated with him in writing using letterhead bearing the trade name of OneBeacon Insurance Group. Denied that the adjusters were "writing on behalf of OneBeacon Insurance Group."

44. In exchange for the one hundred percent of ceding of its premium revenue and its authority to decide claims, York Insurance Company of Maine, a member of the One Beacon Insurance Group cedes its income from premiums and its claim expenses, and its authority to decide claims to OneBeacon Insurance, another member of the OneBeacon Insurance Group.

**RESPONSE**: Admitted that York Insurance Company of Maine is a member of OneBeacon Insurance Group. Denied that OneBeacon Insurance is an entity and denied that it is a member of OneBeacon

Insurance Group. D. Smith Affidavit, ¶5. Denied that York Insurance Company of Maine has ceded its income from premiums and its claim expenses and its authority to decide claims to OneBeacon Insurance. D. Smith Transcript p. 29, lines 6-12 and p. 34, line 24 – p. 35, line 35.

45. York Insurance Company of Maine, a member of OneBeacon Insurance Group, for the benefit of the members of "OneBeacon Insurance Group", and White Mountains Insurance Group, Ltd, underwritten the insurance policy provided to the Plaintiff.

**RESPONSE**: Admitted that York Insurance Company of Maine is a member of OneBeacon Insurance Group. Admitted that York Insurance Company of Maine provided and underwrote the renewal insurance policy which is in issue in this litigation. Denied that this was done for the benefit of the members of OneBeacon Insurance Group or White Mountains Insurance Group, Ltd.

46. The Defendant, "OneBeacon Insurance Group" is not a parent corporation, which owns subsidiary corporations.

**RESPONSE**: Admitted that the defendant as misnamed, OneBeacon Insurance Group" is not a parent corporation which owns subsidiary corporations.

47. According to the Defendant's attorney in his most recent memorandum, York Insurance Company of Maine is a wholly owned subsidiary of One Beacon American Insurance Company, A Massachusetts corporation, which is a wholly owned subsidiary of OneBeacon Insurance Company, a Pennsylvania corporation, which is in turn, a wholly owned subsidiary of OneBeacon Insurance Group, LLC.

**RESPONSE**: Admitted except that the name of OneBeacon America Insurance Company is mis-stated.

48. One Beacon Insurance Group, LLC is a member of OneBeacon Insurance Group, whose members are either directly or indirectly owned and control by White Mountains Insurance Group, Ltd.

**RESPONSE**: Admitted that OneBeacon Insurance Group, LLC is a member of OneBeacon Insurance Group. Admitted that OneBeacon Insurance Group, LLC is ultimately owned (through other intermediate holding companies that are not part of the OneBeacon Insurance Group) by White Mountains Insurance Group, Ltd. Disputed that White Mountains Insurance Group, Ltd. controls OneBeacon Insurance Group, LLC because the defendant does not know what the plaintiff means by control, there has been no evidence elicited in this action as to the role White

Mountains Insurance Group, Ltd. has or does not have relative to OneBeacon Insurance Group, LLC, and the relationship between the two corporations is irrelevant to this dispute.

49 OneBeacon Insurance Group, LLC is not a party to this litigation.

**RESPONSE**: Admitted that the defendant has been mis-stated by the plaintiff as OneBeacon Insurance Group. However, the defendant asserts that since OneBeacon Insurance Group is not an entity of any kind, the only entity to which the plaintiff can be referring is OneBeacon Insurance Group, LLC.

50. OneBeacon Insurance Company, a Pennsylvania corporation, is not a party to this litigation.

**RESPONSE**: Admitted.

51. York Insurance Company of Maine is not a party to this litigation.

**RESPONSE**: Admitted.

52. Members of the Defendant, OneBeacon Insurance Group, through the employees of OneBeacon Insurance Company, have adjusted and denied the claim of the Plaintiff, have received the premium checks written to OneBeacon Insurance Group on behalf of the Plaintiff, Have printed and delivered the insurance contract of the Plaintiff, and have issued settlement checks on behalf of OneBeacon Insurance Group, and its members for the benefit of the Plaintiff.

**RESPONSE**: Admitted that employees of OneBeacon Insurance Company, a member of OneBeacon Insurance Group, have been active in adjusting the plaintiff's claim, denying his demand to stack coverage, and issued a settlement check to the plaintiff's father. Admitted that York Insurance Company of Maine, a member of OneBeacon Insurance Group, printed and delivered the renewal insurance policy to the plaintiff which is in issue in this litigation. Admitted that the actions taken by OneBeacon Insurance Company and York Insurance Company of Maine were taken on their own behalves. Denied that these actions were taken "on behalf of OneBeacon Insurance Group and its members." This defendant does not know, and there has been no evidence elicited in this action, as to who "received premium checks" or how those checks were made out by or on behalf of the plaintiff.

53. Members of One Beacon Insurance Group are owned, directly and indirectly, by White Mountains Insurance Group, Ltd.

**RESPONSE**: Admitted that members of OneBeacon Insurance Group are owned by OneBeacon Insurance Group, LLC which is ultimately owned (through other intermediate holding companies that are not part of the OneBeacon Insurance Group) by White Mountains Insurance Group, Ltd.

54. OneBeacon Insurance Group is an association of insurance members whose actions are for the mutual benefit of all its members and whose finances are consolidated for reporting purposes as a group by White Mountains Insurance Group, Ltd.

**RESPONSE**: Admitted that OneBeacon Insurance Group is a trade name that refers collectively to individual member companies owned by OneBeacon Insurance Group, LLC. Admitted that the actions of the member companies benefit themselves and OneBeacon Insurance Group, LLC. Admitted that insofar as the actions of the member companies benefit OneBeacon Insurance Group, LLC, they benefit the members of OneBeacon Insurance Group. The defendant disputes the balance of the statement because the defendant does not know what the plaintiff is talking about relative to consolidated reporting of finances by White Mountains Insurance Group, Ltd. There has been no evidence elicited in this action as to the role White Mountains Insurance Group, Ltd. has or does not have relative to OneBeacon Insurance Group, LLC and the financial reporting of either entity, and the relationship between the two corporations is irrelevant to this dispute.

OneBEACON INSURANCE GROUP
By its Attorneys,
CARROLL KELLY & MURPHY

C. RUSSELL BENGTSON #1233
PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404

CERTIFICATION

I hereby certify that I mailed a true copy of the within to Kevin McKenna, Esq., 23 Acorn Street, Providence, RI, 02903 on this 5th day of June, 2006.