UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES P. LAPLANTE :
:
vs. : C.A. No. 05-496 ML
:
OneBEACON INSURANCE GROUP :

DEFENDANT'S STATEMENT OF UNDISPUTED FACTS

Defendant, OneBeacon Insurance Group hereby states that the following are the undisputed facts which support the Defendant's Motion for Summary Judgment on the issue of dismissal of OneBeacon Insurance Group from this action and which support of its Objection to the plaintiff's Motion to Remand.

1. OneBeacon Insurance Group is a limited liability company, properly named OneBeacon Insurance Group LLC ("OneBeacon"), formed in Delaware with a principal place of business on Beacon Street in Boston, Massachusetts. Affidavit of Dennis R. Smith at paragraph 2 and Exhibit A thereto (hereafter "Smith Aff. at __").

2. The sole member of OneBeacon Insurance Group LLC is Fund American Companies, Inc., a Delaware corporation with its principal place of business at One Beacon Street, Boston, Massachusetts 02108.

3. One Beacon is a holding company, the sole purpose of which is to own various incorporated insurance companies. Smith Aff. at 4.

4. OneBeacon does not directly sell insurance, underwrite insurance or collect insurance premiums. Id. These actions are undertaken solely and independently by the insurance corporations which OneBeacon owns. Id.

5. York Insurance Company of Maine ("York") is one of the insurance companies that is owned by OneBeacon. Smith Aff. at 6.

6. Specifically, York is a wholly owned subsidiary of OneBeacon America Insurance Company, a Massachusetts corporation, which is a wholly owned subsidiary of OneBeacon Insurance Company, a Pennsylvania corporation, which is, in turn, a wholly owned subsidiary of OneBeacon Insurance Group LLC. Id.

7. Dennis R. Smith is the corporate secretary for York, which is incorporated in the State of Maine and has its principal place of business there. Smith Aff. ¶7.

8. York is actively engaged in the business of writing insurance policies and,

by way of example, had direct premiums earned of $186,000,000.00 in 2004. Id.

9. York is an entirely separate corporate entity from OneBeacon. Id. At 6.

10. York was formerly known as Commercial Union York Insurance Company or CU York Insurance Company until its name was changed to York Insurance Company of Maine in October of 2001. Id. At 8.

11. OneBeacon's insurance company subsidiaries also use the trade name of "OneBeacon Insurance" or "OneBeacon Insurance Group" as a shorthand method of referring to all of the insurance companies OneBeacon owns as a group. Id. at 5. This common practice refers not to a specific entity, but to all of the entities owned by OneBeacon. Id.

12. All insurance policies issued by companies owned by OneBeacon state clearly which of the companies owned by OneBeacon is the actual issuing company for that particular policy. Id.

13. OneBeacon Insurance Company, which is a wholly owned subsidiary of OneBeacon Insurance Group, LLC., handles the adjustment of claims for York Insurance Company of Maine. Schroeder Aff. ¶1.

14. At the time of the plaintiff's automobile accident in Rhode Island on February 23, 2003, the vehicle he was driving was covered for liability and uninsured motorist coverage under an automobile policy renewal issued to the plaintiff and Corrina Brown ("Brown") at their listed home address of P.O. Box 909, Quechee, Vermont, 05059 ("the Policy"). Affidavit of Steven P. Schroeder at paragraph 2 (hereafter "Schroeder Aff. at __") and Exhibit A thereto.

15. Page one of the Declarations pages for the Policy states the policy number and the company issuing the Policy in the upper left hand corner: CU York Insurance Company. Exhibit A to the Schroeder Aff.

16. Mr. Smith executed the Policy in his capacity as secretary for CU York Insurance Company. Smith Aff. ¶7.

17. Vermont Automobile Insurance Identification Cards were issued to the plaintiff and Brown at the time that the Policy was issued. Exhibit A to the Schroeder Aff. These cards all list the company providing insurance to the plaintiff as CU York Insurance Company. No reference to OneBeacon appears on the Insurance Identification cards. Id.

18. The logo "OneBeacon Insurance" appears in the upper right hand corner of the pages of the Policy and a OneBeacon Insurance Group Privacy Policy was included in the package. Id.

19. A change endorsement to the Policy was issued on November 17, 2002 and effective July 25, 2002, that transmitted to the plaintiff and Brown new Vermont Automobile Insurance Identification Cards for their insured vehicles because the name of CU York Insurance Company had been changed to York Insurance Company of Maine. Schroeder Aff. ¶3 and Exhibit B thereto.

20. The plaintiff had previously been informed of this name change through receipt of an endorsement. Plaintiff's Memorandum in Support of His Motion for Remand, page 13. The plaintiff's Memorandum quotes from the notification he received on August 12, 2002: "Last June, CGU and its many affiliated underwriting companies became OneBeacon Insurance Group. As part of the final transition, we are changing the names of some of our underwriting companies to match our OneBeacon identity. You'll find the new name of the OneBeacon Company that writes your insurance listed in the enclosed endorsement form . . ." Id., emphasis added.

21. The name of the company that was so listed was York Insurance Company of Maine. Id.

22. By endorsement issued on January 2, 2003 with an effective date of December 20, 2002, the vehicle involved in this loss was added to the Policy for the first time. Schroeder Aff. ¶4 and Exhibit C thereto.

23. The January 2, 2003 endorsement included a Vermont Automobile Insurance Identification Card for the vehicle which listed the company providing coverage as York Insurance Company of Maine. Id.

24. The January 2, 2003 endorsement states in the upper left hand corner that York Insurance Company of Maine is the company providing coverage. Id.

25. The plaintiff has claimed in his complaint to be a resident of either Rhode Island or Vermont. Complaint ¶1.

OneBEACON INSURANCE GROUP
By its Attorneys,
CARROLL KELLY & MURPHY

C. RUSSELL BENGTSON #1233
PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404

## CERTIFICATION

I hereby certify that I mailed a true copy of the within to Kevin McKenna, Esq., 23 Acorn Street, Providence, RI, 02903 on this 5th day of June, 2006.

______________________