# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**JAMES P. LAPLANTE**

**VS.** **C.A. NO. 05-496ML**

**ONEBEACON INSURANCE GROUP**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendant, OneBeacon Insurance Group, against the plaintiff, James P. LaPlante, pursuant to the Memorandum and Order dated October 20, 2006 GRANTING defendant's Motion for Summary and DENYING plaintiff's Motion for Summary Judgment and Motion for Remand.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: October 20, 2006